# EXHIBIT B



BENEFITS



**Growth.** Helping you grow your company.
**Strength.** Developing a strong foundation.

**Stability.** Through a consistent benefits program.









For any client, our goal is to create solutions that allow you to support your employees and to stay focused on a successful future.



# FCE Benefits.
## Growth. Strength. Stability.



We have a dual mission whether we are providing services to the not-for-profit or the for-profit contractor communities.

One goal is to improve the quality of our participants' lives through thoughtful and creative benefit design. The other goal is to maintain jobs through careful budgeting of the fringe allowance to keep the contractor compliant and competitive.

Whether the contractor is a not-for-profit employing Americans with Disabilities or a for-profit company, our goals remain the same. The only differences are in the benefit designs chosen to meet the needs of the specific population involved.

For any client, our goal is to support your employees with a benefit package that meets their needs within a financially viable cost structure.



# Growth.
## Helping you grow your company.

### Cost-effective and Forward-thinking

We help you avoid benefit-related cost overruns by providing equivalent employee benefits that meet, but do not exceed, the fringe dollar obligation. We attend to the administrative details to be fully compliant with government regulations on fringe benefit obligations.

We offer full-service administration, including the sensitive task of assisting your company through the transition. We provide ongoing support on ERISA, benefits, government contract obligations, COBRA and labor relations, and we include whatever plans you need including death, disability, severance, medical expenses, hospitalization, dental, vision, and more.

## Experience Counts

For years, FCE Benefit Administrators, Inc. has enabled hundreds of for-profit and not-for-profit companies to attain fringe benefit compliance under the Service Contract Act (SCA), Javits Wagner Oday (JWOD), Living Wage, and related legislation.

As the trusted experts in government contracts, our teams of professionals provide full-service administration for 'bona-fide' fringe benefit plans as a third party in accordance with SCA requirements, using an irrevocable funding arrangement.



## Yesterday and Today

FCE was founded in 1988 as Federal Contract Employees Health and Welfare Fund, Inc. We incorporated in 1989, officially changing our name to FCE Benefit Administrators, Inc. in 1994 to more accurately reflect our evolving business operations.

FCE Benefit Administrators, Inc. provides the following services to Employers with fringe benefit obligations under Davis Bacon, Service Contract, or Living Wage Contracts:

- Health & Welfare Benefit Design and Administration
- Membership Enrollment and Presentation
- Government Regulatory Compliance
- Trust Management
- Cost Management++



Case 4:07-cv-04408-CW Document 1-3 Filed 08/27/2007 Page 7 of 15



We attend to the administrative details to be fully compliant with government fringe benefit regulations.

## FCE Services

As a leader in our field, FCE offers a complete range of benefit administration services to companies of any size. These services include:

**Claims**   At our FCE office in Texas, we provide a wide variety of Claims Administration services, including: approving, processing and paying medical, prescription, dental, vision, short term disability, and death claims. We also coordinate benefits between our plans and others.

**Plan Management/Eligibility Administration**   Your team in San Antonio includes eligibility specialists who work with your business as well as our own.





**Routine Operations**   As part of our full service offering, we maintain ongoing communications with employers, employees, benefit providers, government agencies and insurance carriers. We also provide on-site enrollment, assistance with provider access, facilitation of plan implementation, and carrier reporting.

**Site Administrative Services**   FCE provides site administration services to our clients' plans. This includes site visits to explain benefits and enroll initial participant group, providing information for employee ID cards.

**Secure Online Administration**   On the FCE Website, clients electing to have online access can utilize our secure system. With your personalized Employer Code, User Name and Password, a client's Human Resources management personnel will be able to update enrollment data for their employees.

**Trustee Services**   The trustees managing FCE client accounts provide a wide range of trustee services.



## Strength.
Developing a strong foundation.



**Gary Beckman**
Principal, President & CEO

**Steve Porter**
Principal &
Executive Vice President

### FCE's Customized Fringe Benefit Plans

- We provide equivalent employee benefits that meet, but do not exceed your fringe obligation and the budget you have chosen
- We are compliant with government regulations
- We avoid benefit-related cost overruns
- Your plan is continually monitored to assure consistency with your goals
- We offer full-service administration, including the sensitive task of assisting your company through the transition
- We meet a variety of needs in death, disability, severance, medical expenses, hospitalization, dental, vision, EAP and more



### FCE Partners

Gary Beckman and Steve Porter co-founded FCE in 1988. They have grown the company to fulfill their vision of a much-needed niche in the benefits administration industry. Gary's everyday roles include rating, supervising plan designs, enrollment, and field support. Steve focuses on continuing to expand the company's client base, concentrating on product development and new business sales. In addition, both Steve and Gary are licensed in California and other states as Fire, Casualty and Life Insurance brokers.





We offer full-service administration, including the sensitive task of assisting your company through the transition.



# Stability.
Through a consistent benefits program.



FCE Corporate Office
337 Mitten Road, Suite #200
Burlingame, California 94010-1303
800.899.0305 • 650.341.7432 fax
corpoffice@fcebenefit.com

FCE Claims Office
445 Recoleta, Suite #100
San Antonio, Texas 78216
800.899.9355 • 210.349.0522 fax
saoffice@fcebenefit.com

FCE East Coast Client Service Center
7943 Bolling Drive
Alexandria, Virginia 22308-1232
800.486.7280 • 703.768.0051 fax

FCE National Managed Care Division
6612 Shelrick Place
Baltimore, Maryland 21209
410.602.2081 • 410.602.1303 fax

www.fcebenefits.com



**FCE Benefits. Growth. Strength. Stability.**



www.**fcebenefits**.com





**FCE Corporate Office**
887 Mitten Road, Suite #200
Burlingame, California 94010-13
800.899.0306 • 650.341.7432 fax
corpoffice@fcebenefit.com



445 Recoleta, Suite
San Antonio, TX 78216-7520
1-210-349-9801 • 1-800-899-WELL (1-800-899-9355)

Contract Site

# MIDWEST TRANSPORT, INC. ENROLLMENT FORM

## ITEM #1 — EMPLOYEE INFORMATION

Please print or type

Name: Last / First / Middle Initial

MO. DAY YEAR — Date of Birth
MO. DAY YEAR — Start Date (First Day Worked At Site)
Gender M or F
Social Security #
Married / Single

Permanent Street Address or P.O. Box / City / State / Zip

( ) - (Area Code) Home Telephone / Occupation/Job Title / Hours Worked Per Week / Base Wage

## ITEM #2 — COVERAGE

Are you, your spouse or any of your children covered under any other Medical Plan? Yes ☐ No ☐ If yes, please provide the following information:
Name of Insurance Company or Plan: _____ Phone Number: _____
Name of covered person (Self/Spouse / Children): (1) _____ (2) _____ (3) _____
Do you, your Spouse or any of your Children have a Pre-Existing Medical Condition? Yes ☐ No ☐ If yes, please state condition on the other side of this form.

## ITEM #3 — LIFE INSURANCE BENEFIT

Have you used tobacco products in the last 12 months?   ☐ Yes   ☐ No
Name of Beneficiary/ies and relationship to employee (Other than self) • (Last First Middle Initial): _____

## ITEM #4 — DEPENDENT INFORMATION

IF YOU HAVE CHOSEN COVERAGE FOR YOURSELF ONLY, DO NOT FILL OUT THIS SECTION OF THIS FORM. JUST SIGN AND DATE BOTTOM
IF YOUR DEPENDENTS HAVE A DIFFERENT LAST NAME THEN YOU MUST SUBMIT "A MARRIAGE LICENSE, BIRTH CERTIFICATE OR AN INCOME TAX RETURN." TO PROVE DEPENDENCY

COVERAGE CHOSEN FOR:   ☐ Self only   ☐ Self & spouse   ☐ Self & children   ☐ Self, Spouse & Children

Full Name of Spouse (Last First Middle Initial) / Spouses Social Security # / MO. DAY YEAR Date of Marriage / MO. DAY YEAR Spouse Date of Birth

Names of Dependent Children (Last First Middle Initial) / Social Security # / Gender / Date of Birth (MO. DAY YEAR)

1.
2.
3.
4.
5.

If you need more space, write the total number of dependents here ☐ and finish on additional Medical Enrollment Forms.

Authorization: I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, or other organization, institution or person, that has any records or knowledge of me or my dependents to give to FCE Benefit Administrators, Inc. or its reinsurers, any such information regarding or related to any claim made for coverage. I hereby authorize FCE to release to Plan Sponsor claims related information. A photographic copy of this authorization shall be as valid as the original.

SIGNATURE / DATE

Form 1006 07/21/04

Social Security #

# MEDICAL INFORMATION / PRE-EXISTING CONDITION

**PLEASE PRINT**                                                              **PLEASE DATE AND SIGN AT BOTTOM**

Health Status: Answer the following questions for ALL those applying for coverage. Give full details below to yes answers. If you do not answer each question or give details for yes answers, your claims will be delayed. If you make any changes or alterations to any answers or details, please write your initials next to the change or alteration.

1. Within the last 12 months, have you or any of your intended covered dependents consulted, had medication prescribed, had treatment rendered, or been hospitalized for any of the following conditions: cancer, cardiovascular disease or heart condition, diabetes, stroke, disorder of the kidney, stomach, intestines or liver, mental or nervous condition, central nervous system disorders, systemic disease (such as arthritis or lupus), alcohol or drug use, any disorder of the lungs or respiratory system, organ transplant, growth disorder, enlarged lymph nodes, or immune deficiency disorder, AIDS or AIDS-related complex?   ❏ Yes   ❏ No

2. Within the last 12 months, have you or any of your intended covered dependents, had surgery or been confined in any hospital, sanitarium, convalescent facility or specialized care facility or had medical expenses of more than $5,000?   ❏ Yes   ❏ No

3. Do you or any member of your family have any of the following coverages? Blue Cross ❏ Yes ❏ No • Kaiser ❏ Yes ❏ No Medicare/Medicaid ❏ Yes ❏ No • Medicare Supplement ❏ Yes ❏ No • Champus ❏ Yes ❏ No • Tricare ❏ Yes ❏ No Other: _____

If you answer "YES" to any part of the above questions, please complete the following:

Name of Patient: _____

Condition Treated/Diagnosed: _____

Name and Address of Treating Physicians and Hospitals: _____

What is your Pre-Existing Medical Condition ?: _____

Date of Most Recent Treatment: _____

Degree of Recovery: _____

Medication and Dosage Taken: _____

Dates Medication Taken From: _____ to _____

PRIOR CREDITABLE COVERAGE CERTIFICATE (please check one):

   ❏ Certificate Attached           ❏ Certificate to Follow           ❏ No Prior Creditable Coverage

AUTHORIZATION
I hereby authorize FCE Benefit Administrators, Inc. to use and disclose my protected health information to the plan sponsor, administrator, or underwriter, for the use of health plan payment and operations as defined in the HIPAA privacy regulations I also appoint _____ as my personal representative to receive claim and enrollment information on my behalf. If a personal representative is not appointed no claim or enrollment information will be given out.

|  |  |
|---|---|
| SIGNATURE | DATE |