# EXHIBIT F

Gerber Life Insurance Company, White Plains, New York agrees to pay Excess Loss Insurance benefits under the provisions of this Contract to the Contractholder listed in the Schedule of Excess Loss Insurance.

## READ YOUR CONTRACT CAREFULLY

This Contract is legally binding between the Contractholder and Gerber Life Insurance Company ("Company"). The consideration for this Contract includes, but is not limited to, the Application and the payment of premiums as provided hereinafter.

## AGREEMENT

The Company will pay the Aggregate and Specific Benefits provided in this Contract. Payment is subject to the conditions, limitations and exceptions of this Contract.

The Contractholder agrees to pay premiums when due and to comply with the Contract provisions.

This Contract takes effect on the Effective Date shown in the Schedule, which will be the date of issue, and terminates on the end of the Contract Period shown in the Schedule unless it is renewed. All periods indicated in the Contract begin and end at 12:01 A.M. standard time at the Contractholder's office.

This Contract Form is governed by the laws of the state in which it is issued.

The sections set forth on the following pages are a part of this Contract and take effect on the Effective Date.

IN WITNESS WHEREOF Gerber Life Insurance Company has caused this Contract to be executed by its President and Secretary at White Plains, New York.

Signed by the Company:

President                                                                                  Secretary

### Policy Providing Excess Loss Insurance

Nonparticipating

**GERBER LIFE INSURANCE COMPANY**
1311 Mamaroneck Avenue
WHITE PLAINS, NY 10605

GLXLPOL                                                      1

GERBER LIFE INSURANCE COMPANY
SCHEDULE OF EXCESS LOSS INSURANCE

1. Contract Number: GER-P06-097N

2. Contractholder: Midwest Transport, Inc.

3. Address: 205 South Cross Street
   City: Robinson         State: IL         Zip Code: 62454

4. Subsidiary or affiliated companies (companies under common control through stock ownership, contract, or otherwise) to be included (list legal name and addresses):
   None

5. Name and address of Designated Third Party Administrator:
   FCE Benefit Administrators, Inc., 887 Mitten Road, Suite 200, Burlingame, CA 94010-1303

6. Effective Date:
   May 01, 2006

7. **GENERAL SCHEDULE OPTIONS:**

   (a) Contract Period     05/01/2006 to 05/01/2007

   (b) Disabled Persons    [ X ] are  [  ] are not covered.
       Retired Employees   [  ] are   [ X ] are not covered.

   (c) Aggregate Benefit   [ X ] Yes  [  ] No
       Aggregate Contract Basis: Employee Benefit Plan Expenses must be
       Incurred from 05/01/2005 through 04/30/2007, and
       Paid from 05/01/2006 through 04/30/2007
       Claims Incurred prior to the Contract Effective Date are limited to N/A

       Aggregate eligible expenses include:
       [ X ] Medical          [ X ] Prescription Card Service
       [ X ] Dental Care      [  ] Weekly (Disability) Income
       [ X ] Vision Care      [  ] Other

GLXLPOL                                2

7. **GENERAL SCHEDULE OPTIONS:** (Continued)

    Aggregate Monthly Factor per:

        Composite      $527.00

|  |  |  |
|---|---|---|
| Aggregate Payable Percentage (excess of Deductible) | | 100% |
| Maximum Eligible Claim Expense Per Covered Person: | | $60,000 |
| Minimum Aggregate Deductible: | | $2,940,660 |
| Maximum Aggregate Benefit (excess of Deductible): | | $1,000,000 |
| (d) Monthly Aggregate Accommodation | [X] Yes | [ ] No |
| (e) Terminal Liability | [ ] Yes | [X] No |
| (f) Specific Benefit | [X] Yes | [ ] No |

    Specific Contract Basis: Employee Benefit Plan expenses must be
    Incurred from 5/1/2006 through 4/30/2007.
    Paid from 5/1/2006 through 10/31/2007.
    Claims Incurred prior to the Contract Effective Date are limited to:      N/A

| | |
|---|---|
| Specific Eligible Expense: | Medical and Rx Only |
| Specific Deductible (per person): | $60,000 |
| Specific Payable Percentage (excess of Deductible): | 100% |
| Maximum Specific Benefit (per person in excess of Specific Deductible): | $145,000 |

8. **PREMIUMS:**

    (a) Aggregate Premium

| | |
|---|---|
| Premium Per Month Per Unit: | $10.00 |
| Minimum Annual Aggregate Premium: | $61,380.00 |

    Monthly Aggregate Accommodation

| | |
|---|---|
| Premium Per Month Per Unit: | $1.00 |
| Annual Premium in Advance: | N/A |

    Terminal Liability

| | |
|---|---|
| Premium Per Month Per Unit: | N/A |
| Annual Premium in Advance: | N/A |

    (b) Specific Premium
        Premium Per Month Per:

            Composite      $41.23

    Minimum Monthly Specific Premium:      $14,378.94

9. **SPECIAL RISK LIMITATIONS:**

Contract will be based upon the current employee benefits as defined in the Employee Benefit Plan by reference or by attachment, except as noted below:

$2.97 Plan - Basic with $200 Ded, 75%-25% $160,000 per Family Maximum (class IV) Supplemental Medical Wrap. Supplemental Medical Wrap applies to Hospital Room & Board Hospital Misc - Anesthesiology - Surgeons Benefit - X-Ray Lab and Supplemental Accident. $5,000 Hemo-Dialysis, $20,000 Chemotherapy & Radiation Therapy, Organ Transplant Coverage is Excluded. $1,500 Maximum removed on Generic Drugs, all other and overall plan maximums continue to apply.

Coverage not valid for Contract Drivers.

$2,000 Benefit Maximum Pre-existing Condition limitation for Employees/Dependents without evidence of prior credible coverage.

Specific Reimbursement Percentage: 100%

Specific:   <u>None</u>

Aggregate: <u>None</u>

GLXLPOL                                          4

I. **DEFINITIONS**
As used in this Contract, the following definitions shall be applicable:

**Agent**, when referring to the Contractholder, means the Contractholder's representative, including but not limited to its Designated Agent, Broker, or Third Party Administrator.

**Aggregate Benefit** means the amount that the Company agrees to pay the Contractholder after the end of the Contract Period for eligible claims Paid by the Contractholder as set forth in the Schedule and pursuant to the terms, conditions and limitations of the Contract.

**Aggregate Contract Basis** identifies the dates during which Employee Benefit Plan expenses must be Incurred and must be Paid to be considered eligible for reimbursement as Aggregate Benefits.

**Aggregate Deductible Per Month** means the Aggregate Monthly Factor shown in the Schedule multiplied by the Number of Covered Units.

**Aggregate Deductible** means the sum of each Aggregate Deductible Per Month for each month during the Contract Period or fraction thereof.

**Minimum Aggregate Deductible** means the lowest possible Aggregate Deductible applicable to the Contract Period or fraction thereof. This amount is set forth in the Schedule.

**Continuation Beneficiary** is a Covered Unit which elects to extend its group health coverage under the Employee Benefit Plans entitled under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

**Contract** means the entire agreement between the Contractholder and the Company, specifically including the Contract Application, the Contract Form, the Contract Addenda (if any), and a copy of the Contractholder's Employee Benefit Plan.

**Contract Month** means a period measured from the Effective Date of this Contract, while this Contract is in force. Each new Contract Month will begin on a day which corresponds to the Effective Date. If there is no such day in any applicable month, then the last day of the month will be used.

**Contract Period** is stated in the Schedule.

**Contractholder** is named in the Schedule.

**Covered Person** refers to each person, individually, who is a Covered Unit, or, in the case of a dependent, a member of a Covered Unit. In no event will coverage for a dependent become effective before the Effective Date of Coverage of a plan participant under the Employee Benefit Plan.

**Covered Unit**, for purposes of calculation of the premiums and the Aggregate Deductible Per Month, means a plan participant, a plan participant with dependents, or such other defined unit as agreed upon between the Company and the Contractholder, provided such plan participant, dependents or such other defined unit is covered under the Employee Benefit Plan.

**Disabled Person** is a plan participant not actively at work or, in the case of a dependent or Continuation Beneficiary, is by disability unable to perform his or her normal functions of a person of like sex and age on the Effective Date of this Contract or the date such person becomes eligible for coverage under the Employee Benefit Plan.

**Eligible Claims Payments** means expenses of the Employee Benefit Plan qualifying for coverage under the terms and conditions of this Contract.

**Employee Benefit Plan** means the master plan document of the Contractholder to provide medical expense benefits to the Contractholder's covered plan participants and dependents of such plan participants in effect on the Effective Date of this Contract, a copy of which is attached to and made a part of this Contract.

**Incurred** refers to the date on which a covered medical service was rendered, the date disability benefit payments become due, or a covered medical purchase was made for a Covered Person under the Employee Benefit Plan.

**Maximum Aggregate Benefit** means the amount set forth in the Schedule as the maximum total Aggregate Benefit payable under the terms, conditions and limitations of this Contract during the Contract Period.

**Maximum Eligible Claim Expense Per Person**, as it relates to aggregate coverage, means the maximum dollar value of claims Paid on any one Covered Person that can apply toward satisfaction of an Aggregate Deductible, or that can apply toward the calculation of the Aggregate Benefit for a Contract Period.

**Maximum Specific Benefit** means the amount set forth in the Schedule that is the maximum total Specific Benefit payable under the terms, conditions and limitations of this Contract during the period an individual is a Covered Person under the Employee Benefit Plan, regardless of the number of years the Covered Person is eligible under the Employee Benefit Plan and regardless of whether expenses for this Covered Person were Incurred and Paid during this Contract Period. In the context of the definition of Maximum Specific Benefit, references to "Employee Benefit Plan" include all predecessors and successors of the particular plan in effect on the Contract's Effective Date.

**Number of Covered Units** means the total number of Covered Units existing in any Contract Month.

**Paid** means that funds are actually disbursed by the Contractholder or his Agent. Payment of a claim is the unconditional and direct payment of a claim to a Covered Person or their health care providers. Payment will be deemed made on the date that both (1) the payor directly tenders payment by mailing (or otherwise delivering) a draft or check, and (2) the account upon which the payment is drawn contains, and continues to contain, sufficient funds to permit the check or draft to be honored.

Should the account upon which payment is drawn not contain sufficient funds to cover all outstanding checks and drafts on the account, then the Company may consider, in its sole discretion, any particular checks or drafts as not having been paid, but only to the total amount representing the difference between the funds in the account and the total of outstanding checks and drafts.

**Payable Percentage** means the percentage payable as shown in the Schedule. The calculation of Specific Benefits may be subject to a different Payable Percentage than the calculation of Aggregate Benefits.

**Proof of Loss** is the form authorized by the Company to be used for the submission of claims as well as the supporting documentation reasonably necessary for the Company's independent evaluation of the legitimacy and extent of the claim. Claims for expenses not specifically identified in previously submitted Proofs of Loss must be accompanied by separate Proofs of Loss.

**Schedule** means the Schedule of Excess Loss Insurance.

**Specific Benefit** means the amount the Company will pay to the Contractholder for eligible claims Paid by the Contractholder over and above the Contractholder's Specific Deductible Per Person, and pursuant to the terms, conditions and limitations of the Contract.

**Specific Contract Basis** identifies the dates during which Employee Benefit Plan expenses must be Incurred and must be Paid to be considered eligible for reimbursement as Specific Benefits.

**Specific Deductible** means the per Covered Person deductible as shown in the Schedule.

## II. BENEFITS

The Company will pay, subject to the terms, conditions and limitations of the Contract, the following benefits, if shown in the Schedule, to the Contractholder within a reasonable time upon receipt of a fully executed Proof of Loss:

1. **Aggregate**

    The Aggregate Benefit for the Contract Period, or fraction thereof, is the total of the Eligible Claim Payments, on an Incurred and Paid basis as shown in the Aggregate Contract Basis of the Schedule:

    a. less the Aggregate Deductible or Minimum Aggregate Deductible, whichever is greater; and
    b. less the amount of the claims Paid by the Contractholder in excess of the Maximum Eligible Claim Expense Per Person as shown in the Schedule; and
    c. less amounts recovered from other sources;
    d. multiplied by the Aggregate Payable Percentage.

    Aggregate Benefits are not payable until after the end of the Paid basis shown in the Aggregate Contract Basis of the Schedule. If this Contract should terminate prior to the end of the Contract Period, the Company shall not be liable for Aggregate Benefits for expenses Incurred or Paid by the Contractholder after the termination date.

    In no event will the Aggregate Benefit exceed the Maximum Aggregate Benefit shown in the Schedule.

2. **Specific**

    The Specific Benefit with regard to each Covered Person, is the total of the Eligible Claim Payments, on a Incurred and Paid basis as shown in the Specific Contract Basis of the Schedule:

    a. less the Specific Deductible; and
    b. less amounts recovered from other sources;
    c. multiplied by the Specific Payable Percentage.

    The Contractholder shall not be entitled to any Specific Benefit unless and until the Contractholder has actually Paid the full amount of the Specific Deductible as set forth in the Schedule for the Covered Person(s) for which the Specific Benefit is sought. The Contractholder shall only be entitled to a Specific Benefit up to the amount actually Paid by Contractholder over and above the Specific Deductible.

    If this Contract should terminate prior to the end of the Contract Period, the Company shall not be liable for Specific Benefits for expenses Incurred or Paid by the Contractholder after the termination date.

    In no event will the Specific Benefit with regard to any Covered Person exceed the Maximum Specific Benefit shown in the Schedule.

III. **LIMITATIONS**

1. This Contract will not pay the Contractholder for any loss or expense caused by or resulting from any of the following:

    a. Expenses incurred while the Employee Benefit Plan is not in force with respect to the Covered Person.

    b. Expenses resulting from weekly (disability) income, dental, vision or any prescription card service, unless shown in the Schedule.

    c. Liability assumed by the Contractholder under any contract or service agreement other than the Employee Benefit Plan.

    d. Expenses as the result of extra-contractual damages; compensatory damages; or punitive damages.

    e. Expenses resulting from services which are billed in excess of the general level of charges being made by other providers of services in the locality where the service is rendered.

    f. Expenses for benefits for accidental bodily injury or sickness arising out of or in the course of any occupation for wage or profit, or for which the Covered Person would be entitled to benefits under any Worker's Compensation, U. S. Longshoremen and Harbor Worker's or other occupational disease legislation or policy, whether or not such policy is actually in force.

    g. Expenses which (1) are not accepted as standard medical treatment for the illness, disease or injury being treated by physicians practicing the suitable medical specialty; (2) are the subject of scientific or medical research or study to determine the item's effectiveness and safety; (3) have not been granted, at the time services were rendered, any required approval by a federal or state governmental agency, including without limitation, the Federal Department of Health and Human Services, Food and Drug Administration, or any comparable state governmental agency, and the Federal Health Care Finance Administration as approved for reimbursement under Medicare Title XVIII; or (4) are performed subject to the Covered Person's informed consent under a treatment protocol that explains the treatment or procedure as being conducted under a human subject study or experiment.

    h. Cost of the administration of claim payments or expense of litigation with individual claimants.

    i. Expenses for benefit to any Covered Person with coverage under any other plan, including Medicare, which, when combined with the benefits payable by such other plan, would cause the total to exceed 100% of the Covered Person's actual expenses.

    j. Payments under the Employee Benefit Plan arising out of or caused by or contributed to or in consequence of war, hostilities (whether war be declared or not), invasion or civil war.

2. If the Schedule shows disabled persons are not covered, no benefits will be paid under the Contract for expenses Incurred or Paid under the Employee Benefit Plan for a Disabled Person until:

    a. if a plan participant, he or she returns to active, full-time employment for at least one (1) full working day; or
    b. if a dependent or Continuation Beneficiary, he or she is able to perform the normal functions of a person of like sex and age.

3. Newborn children of plan participants who have previously enrolled and continue to cover their eligible dependents under the Employee Benefit Plan will be eligible under the Contract on the date of the child's birth. Employees who have not previously enrolled for dependent coverage will be eligible for newborn child coverage as defined within the Employee Benefit Plan.

4. Retired plan participants and their dependents, who are eligible under the Employee Benefit Plan, will be eligible for coverage under the Contract only if so indicated in the Schedule.

IV. **CLAIMS PROVISIONS**

1. **Payment of Claim:** All benefits as they become payable under this Contract will be paid to the Contractholder. All expenses as they become payable under the Employee Benefit Plan shall be Paid by the Contractholder. The Company shall pay claim within a reasonable time after receiving fully executed Proofs of Loss and the documentation reasonably necessary to evaluate the eligibility and extent of the claim.

2. **Warranty:** Upon presentation of Proof of Loss to the Company for Aggregate Benefits, the Contractholder warrants that all monies necessary to pay for services and supplies have been paid to the respective providers of medical services or supplies to which the claim for reimbursement relates.

3. **Notice of Claim:** The Contractholder shall give written notice of claims to the Company on the Company's customary notice (Proof of Loss form), within thirty (30) days of the date the Contractholder becomes aware of the existence of facts which would reasonably suggest the possibility that benefits will be incurred which are covered by this Contract and which are equal to or exceed fifty percent (50%) of the Specific Deductible.

   In addition, the Contractholder shall notify the Company immediately of the expenses of any Covered Person which meet any of the following criteria:

   a. continuous hospitalization for more than one month, or
   b. a claim for any one of the following disabilities: mental disorder requiring hospitalization; brain injury; spinal injury resulting in real or suspected paralysis of the limbs; serious burns involving ten percent (10%) or more of the body with third degree burns or thirty percent (30%) or more of the body with second degree burns; multiple or serious fractures; crushing or massive internal injuries; premature births; Acquired Immune Deficiency Syndrome (AIDS).

   The Contractholder shall submit on a timely basis proofs, reports, and supporting documents including, but not limited to, a monthly summary of all Eligible Claims Payments processed by the Contractholder.

V.  **CONTRACT TERMINATION**

The Contract and all benefits hereunder will terminate upon the earliest of the following dates:

1. The termination date specified in writing by the Contractholder provided that the Company is notified not less than 31 days in advance of the termination date.

2. The end of any period for which premiums were paid and subsequent premiums are not paid.

3. The end of the Contract Period.

4. The date of termination of the Employee Benefit Plan.

5. The date of cancellation of the administrative agreement between the Contractholder and the Designated Third Party Administrator, unless the Company has, prior to such cancellation, consented in writing to the Contractholder's designation of a successor Third Party Administrator.

6. This Contract will automatically terminate if the Contractholder does not pay claims or make available funds to pay claims as required by the Contract.

## VI. MISCELLANEOUS PROVISIONS

1. **Liability:** The Company will have neither the right nor the obligation under this Contract to directly pay any Covered Person or provider of professional or medical services for any benefit which the Contractholder has agreed to provide under the terms of the Employee Benefit Plan. The Company's sole liability hereunder is to the Contractholder, subject to the terms, conditions and limitations of this Contract. Nothing in this Contract shall be construed to permit a Covered Person to have a direct right of action against the Company.

2. **Payment of Premiums:** Each Premium for this Contract is payable on or before its due date as set forth in the Schedule to the Company or to this authorized representative. Payment of a premium will not maintain this Contract in force beyond the period for which such premium is paid, except as otherwise stated in the Grace Period.

    If the Effective Date of this Contract is other than the first day of a calendar month, premiums payable under this Contract are due and payable on the first of each calendar month.

3. **Grace Period:** A Grace Period of thirty (30) days will be allowed for the payment of each premium after the first premium. Should a premium otherwise due not be paid during the Grace Period, this Contract will terminate without further notice retroactive to the date for which premiums were last paid. The liability of the Company will be limited to claims Paid by the Contractholder prior to the date of termination. There will be no refund of any premium shown in the Schedule.

4. **Entire Contract:** This Contract Form as issued to the Contractholder, together with the Contractholder's Application, Contract Addenda (if any), and a copy of the Contractholder's Employee Benefit Plan, constitute the entire contract. The Company has relied upon the underwriting information provided by the Contractholder or the Contractholder's Agent, in the issuance of this Contract. Should subsequent information become known which, if known prior to issuance of this Contract, would affect the rates, deductibles, terms or conditions for coverage hereunder, the Company will have the right to revise the rates, deductibles, terms or conditions as of the Effective Date of issuance, by providing written notice to the Contractholder.

5. **Concealment, Fraud:** This entire Contract will be void if, whether before or after a claim or loss, the Contractholder or its Agent has concealed or misrepresented any material fact or circumstance concerning this Contract or the subject thereof, including any claim thereunder or in any case of fraud by the Contractholder or its Agent relating thereto.

6. **Clerical Error:** Clerical error, whether by the Contractholder or by the Company, in keeping any records pertaining to the coverage, will not invalidate coverage otherwise validly in force nor continue coverage otherwise validly terminated.

7. **Audits:** The Company will have the right: (1) to inspect and audit all records and procedures of the Contractholder and Designated Third Party Administrator; and (2) to require, upon request, proof of records satisfactory to the Company that payment has been made to the Covered Person or the provider of such services or benefits which are the basis for any claim by the Contractholder hereunder.

GLXLPOL                                13

8. **Notice of Appeal:** Any objection, notice of legal action, or complaint received on a claim process by the Contractholder or the Third Party Administrator, and on which it reasonably appears a benefit will be payable to the Contractholder under this Contract shall be brought to the immediate attention of the claims department of the Company.

9. **Changes:** Only the President or Executive Officer of the Company have the authority to alter this Contract, or to waive any of the Company's rights and then only in writing. No such alteration of this Contract shall be valid unless endorsed on or attached to this Contract. No Agent, Broker, or Third Party Administrator has the authority to alter this Contract or to waive any of its provisions.

10. **Notice:** For the purpose of any notice required from the Company under the provisions of this Contract, notice to the Contractholder's Designated Third Party Administrator shall be considered notice to the Contractholder.

11. **Amendments to the Employee Benefit Plan:** The Employee Benefit Plan shall not be changed while this Contract is in force without the prior written consent of the Company. Notice of any amendment to the Employee Benefit Plan must be given to the Company or its authorized representative at least thirty (30) days prior to the Effective Date of the amendment. The Company will have the sole option to accept the amendment to the Employee Benefit Plan, and if accepted, the Company reserves the right to revise the rates, deductibles, terms or conditions of the Contract as of the Effective Date of the amendment. If such amendment is not agreed to in writing, the Company will be liable to pay benefits as if the Employee Benefit Plan was not changed.

12. **Responsibilities of the Contractholder's Designated Third Party Administrator:** Without waiving any of its rights under this Contract, and without making the Designated Third Party Administrator a party to this Contract, the Company agrees to recognize the Designated Third Party Administrator as respects the normal administration of the Contractholder's Plan subject to:

    a. The Third Party Administrator being responsible on behalf of the Contractholder for auditing, calculating and processing all claims eligible under the Employee Benefit Plan within a reasonable period of time, preparing periodic reports as required by the Company and maintaining and making available to the Company at all times such information as the Company may reasonably require for proof of payment of the claims(s) by the Contractholder;

    b. The Third Party Administrator performing such other duties as may be reasonably required by the Company, including but not limited to, maintaining an accurate record of eligible Covered Persons of the Contractholder;

    c. The Company will not be responsible for any compensation due the Designated Third Party Administrator for functions performed in relation to this Contract; and

    d. This Contract will not be deemed to make the Company a party to any agreement between the Contractholder and the Designated Third Party Administrator.

13. **Hold Harmless:**

    a. The Contractholder agrees to indemnify and hold the Company harmless for any legal expenses incurred, reasonable settlements made, or judgment(s) awarded, arising out of any dispute involving a participant or former participant of the Contractholder's Employee Benefit Plan provided such legal expenses, settlements, or judgments were not incurred as a result of the sole negligence or intentional wrongful acts of the Company.

    The Company, following any notification of its being, or likely to be, named as a defendant on any action concerning the aforementioned dispute will, within a reasonable time, in writing, notify the Contractholder of the dispute. The Company will cooperate with the Contractholder in matters pertaining to the dispute, however, such cooperation with the Contractholder will not waive the right of the Company to solely defend or settle any action in a manner it deems prudent.

    b. The Contractholder shall be responsible for any State premium taxes incurred with respect to funds paid to or by the Contractholder under the Employee Benefit Plan. Taxes incurred with respect to premiums paid for the Contract will be the responsibility of the Company.

14. **Offset:** The Company will be entitled to offset claim reimbursements to the Contractholder against premiums due and unpaid by the Contractholder.

15. **Assignments:** The Contractholder shall not assign any of its rights under this Contract without the prior written consent of the Company, and any assignment without prior written consent shall be void.

16. **Subrogation:** The Contractholder shall prosecute any and all valid claims that the Contractholder may have against third parties arising out of any occurrence resulting in a loss payment by the Contractholder and to account for any amounts recovered. Should the Contractholder fail to prosecute any valid claims against third parties and the Company thereupon becomes liable to make payments to the Contractholder under the terms and conditions of this Contract, then the Company shall assume all the Contractholder's rights to prosecute any valid claims against third parties, and the Contractholder will be responsible for any reasonable legal expenses incurred in the course of the prosecution.

17. **Recoveries:** The Company shall be entitled to recover first up to its full share of reimbursed claims before the Contractholder shares in any amount so recovered whether by way of subrogation or otherwise.

18. **Arbitration:** Any controversy or claim arising out of or relating to this Contract, or the breach thereof, shall be settled by Arbitration in accordance with the rules of the American Arbitration Association, with the express stipulation that the arbitrator(s) shall strictly abide by the terms of this Contract and shall strictly apply rules of law applicable thereto. All matters shall be decided by a panel of three (3) arbitrators. Judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction. This provision shall survive the termination or expiration of this Contract. The parties hereto may alter any of the terms of this provision only by express written agreement, although such alteration may be before or after any rights or obligations arise under this provision.

19. **Insolvency:** The insolvency, bankruptcy, financial impairment, receivership, voluntary plan of arrangement with creditors, or dissolution of the Contractholder or the Contractholder's Designated Third Party Administrator shall not impose upon the Company any liability other than the liability defined in this Contract. In particular, the insolvency of the Contractholder shall not make the Company liable to the creditors of the Contractholder, including Covered Persons.

20. **Severability Clause:** Any clause deemed void, voidable, invalid, or otherwise unenforceable, whether or not such a provision is contrary to public policy, shall not render any of the remaining provisions of the Contract invalid.

21. **Renewal:** Renewal is not automatic but is available if permitted by the Company. Renewal may be subject to new premium rates, new underwriting terms, and new Contract terms.

22. **Group Specifications - Changes:** The Company reserves the right to revise rates, deductibles, terms or conditions of the Contract on any of the following dates:

    1. When the Contractholder adds or deletes a subsidiary or affiliate;

    2. When there is a change in the geographical area in which the Contractholder is located;

    3. When there is a change in the nature of business in which the Contractholder is engaged;

    4. When there is an increase or decrease in the number of Covered Units which exceeds 10% in any one month or 20% over any period of three consecutive months.

## PRE-EXISTING CONDITIONS RIDER

This Rider is attached to and made a part of Contract Number <u>GER-P06-097N</u> and is effective <u>May 01, 2006</u>.

Article I.   Definitions is amended to include:

Pre-existing Condition means any illness or injury for which a Covered Person received any medical advice, consultation, treatment or had taken any medication during the twelve (12) month period immediately prior to the later of the Effective Date of the Contract and the date the Covered Person became covered under the Employee Benefit Plan.

Article III.   Limitations item 1. is amended to include:

k.   Expenses which are the result of a Pre-exisiting Condition.

Except as stated in this Rider, nothing contained herein shall be deemed to alter or affect any of the provisions of the Contract.

Signed by the Company:

*[signature: Wesley Prothero]*

President

GERBER LIFE INSURANCE COMPANY
1311 MAMARONECK AVENUE
WHITE PLAINS, NY  10605

GLXLPREX

MONTHLY AGGREGATE ACCOMMODATION RIDER

In consideration of the Monthly Aggregate Accommodation Premium Paid, as shown in the Schedule, this Rider is attached to and made a part of Contract Number GER-P06-097N and is effective May 01, 2006.

This Rider is intended to prepay certain benefits otherwise payable after the end of the Contract Period, and thus aid the cash-flow of the Contractholder.

REPAYMENT BY THE CONTRACTHOLDER TO THE COMPANY MAY BE REQUIRED.

ARTICLE I - DEFINITIONS

As used in this Rider, the following definitions shall be applicable.

1. "Accumulated Aggregate Deductible" shall be defined, for the coverage period from the beginning of the Contract Period to the current date, as the summation of the Aggregate Deductible Per Month for each month of the coverage period.

2. "Minimum Aggregate Deductible Per Month" shall be defined as the prorata portion of the Minimum Aggregate Deductible which is set forth in the Schedule.

3. "Accumulated Minimum Aggregate Deductible" shall be defined for the coverage period from the beginning of the Contract Period to the current date, as the summation of the Minimum Aggregate Deductible Per Month in each month of the coverage period.

ARTICLE II - OPERATIONS

1. Accommodation Provision. Accommodation shall be provided for only those eligible claims that are not in excess of the Maximum Eligible Expense per Covered Person. The Company shall determine during each month of coverage under the Contract whether the cumulative total of claims paid to date by the Contractholder, for which reimbursement is provided under terms of the Contract, exceeds the Accumulated Aggregate Deductible or the Accumulated Minimum Aggregate Deductible, whichever is greater, by a minimum of $1,000.00. If so, Company shall pay to the Contractholder the difference by which the cumulative total of paid claims exceeds the Accumulated Aggregate Deductible or the Accumulated Minimum Aggregate Deductible, whichever is greater, multiplied by the Aggregate Payable Percentage, as an Accommodation. The total amount of Accommodation made shall never be more than the Maximum Aggregate Benefit as stated in the Schedule. Accommodation shall be repaid to Company as provided below.

2. Repayment of Accommodation. Repayment of the Accommodation shall be made as follows: After an Accommodation has been paid, the Contractholder shall begin making monthly repayments of the total outstanding amount of Accommodation starting with the first month in which claims paid by the Contractholder for that month are less than the Aggregate Deductible Per Month or the Minimum Aggregate Deductible Per Month for that month; whichever is greater. Each monthly repayment shall be equal to the lesser of (a) the difference between the Aggregate Deductible Per Month or the Minimum Aggregate Deductible Per Month, whichever is greater, and the Contractholder's paid claims for the month multiplied by the Aggregate Payable Percentage; or (b) the total amount of Accommodation to be repaid. Monthly repayments are due immediately and shall continue during the Contract Period. The total amount of outstanding Accommodation is immediately due and to be repaid within fifteen (15) days. Failure of the Contractholder to repay an Accommodation as provided in this paragraph within fifteen (15) days from the date the amount that Repayment of Accommodation is determined in accordance with this Rider, shall result in the assessment of a penalty of 2% per month (Minimum $100.00 per month) computed on the total amount of the Accommodation to be repaid.

GLAAR                                        1

3. **Treatment of Accommodation.** The Accommodation provided under this Rider shall be an obligation of the Contractholder for which no interest shall be charged and shall be repaid as provided herein. The Accommodation is neither a loan nor an advance on any payments to be made pursuant to the Contract. Any Accommodation shall at all times be considered funds of the Company for which the use by the Contractholder of such funds is provided in this Rider. The Company shall have preference over all other claimants for the return of an Accommodation made under this Rider. The Contractholder shall be liable for all costs and expenses, including reasonable attorney's fees, incurred in the collection of any amount of Accommodation outstanding.

Except as stated in this Rider, nothing contained herein shall be deemed to alter or affect any of the provisions of the Contract.

Signed by the Company:

*Wesley Protheroe*

President

GERBER LIFE INSURANCE COMPANY
1311 MAMARONECK AVENURE
WHITE PLAINS, NY 10605

GLAAR                                   2