1  DAVID P. STOEBERL (Mo. Bar No. 266706)
   dps@carmodymacdonald.com
2  JULIE L. WATERS (Mo. Bar No. 55314 )
   juw@carmodymacdonald.com
3  CARMODY MACDONALD P.C.
   120 South Central Avenue, Suite 1800
4  St. Louis, MO  63105
   Tel: 314-854-8600
5  Fax: 314-854-8660

6  CARTER W. OTT (Bar No. 221660)
   carter.ott@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA  94107-1957
   Tel: 415-836-2500
9  Fax: 415-836-2501

10 Attorneys for Plaintiff
   MIDWEST TRANSPORT, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| 16 | MIDWEST TRANSPORT, INC., | CASE NO.  C-07-4408 JCS |
|---|---|---|
| 17 | Plaintiff, | **ORIGINAL PROOF OF SERVICE AND ORIGINAL SUMMONS** |
| 18 | v. | |
| 19 | FCE BENEFIT ADMINISTRATORS, INC., | |
| 20 | Defendant. | |

21

22

23

24

25

26

27

28

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TRANSPORT, INC. | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| FCE BENEFIT ADMINISTRATORS, INC. | C-07  4408 |
| | JCS |

TO: (Name and address of defendant)

FCE BENEFIT ADMINISTRATORS, INC.
c/o Steve Porter
887 Mitten Road
Burlingame, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carter W. Ott
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

AUG 2 7 2007
DATE_____

(BY) DEPUTY CLERK

BUCKLEY

| *Attorney or Party without Attorney:*<br>CARTER W. OTT<br>DLA PIPER US LLP<br>153 TOWNSEND STREET<br>SUITE 800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-836-2500   *FAX No:* 415-836-2501 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>021313-2 |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court Northern District Of California |

| *Plaintiff:* MIDWEST TRANSPORT, INC. |
|---|
| *Defendant:* FCE BENEFIT ADMINISTRATORS, INC. |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 4408 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Complaint For (1) Breach Of Contract; (2) Negligence; And (3) Negligent Misrepresentation; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Welcome To The U.S. District Court; Public Notice.

3. a. *Party served:* FCE BENEFIT ADMINISTRATORS, INC.

4. *Address where the party was served:* 887 MITTEN ROAD<br>BURLINGAME, CA 94010

5. *I served the party:*
   b. **by substituted service.** On: Tue., Aug. 28, 2007 at: 11:53AM by leaving the copies with or in the presence of:
   "JOHN DOE", PERSON IN CHARGE, White, Male, 20 Years Old, Brown Hair, Brown Eyes, 6 Feet, 190 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FCE BENEFIT ADMINISTRATORS, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   d. *The Fee for Service was:*
   
   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197
   
   e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 984
   (iii) County: Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Tue, Sep. 04, 2007

   (ELLENOR RIOS)

*Judicial Council Form POS-010*<br>*Rule 982.9.(a)&(b) Rev January 1, 2007*    PROOF OF SERVICE<br>SUMMONS & COMPLAINT    *6370071.dlapi-sf.84680*

| *Attorney or Party without Attorney:*<br>CARTER W. OTT<br>DLA PIPER US LLP<br>153 TOWNSEND STREET<br>SUITE 800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-836-2500   *FAX No:* 415-836-2501 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* 021313-2 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* MIDWEST TRANSPORT, INC.
*Defendant:* FCE BENEFIT ADMINISTRATORS, INC.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 4408 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Complaint For (1) Breach Of Contract; (2) Negligence; And (3) Negligent Misrepresentation; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Welcome To The U.S. District Court; Public Notice.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:        Tue., Aug. 28, 2007
    b. Place of Mailing:       SAN FRANCISCO, CA 94103
    c. Addressed as follows:   FCE BENEFIT ADMINISTRATORS, INC.
                               887 MITTEN ROAD
                               BURLINGAME, CA 94010

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 28, 2007 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. AARON DANIEL                                     d. *The Fee for Service was:*
    b. FIRST LEGAL SUPPORT SERVICES                     e. I am: Not a Registered California Process Server
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
    c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Tue, Sep. 04, 2007                                                     (AARON DANIEL)

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 6370071.dlapi-sf.84680 |
|---|---|---|