DAVID P. STOEBERL (Mo. Bar No. 266706)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314 )
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660

CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415-836-2500
Fax: 415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS, INC., <br><br> Defendant. | CASE NO. C-07-4408 JCS <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

/////

/////

1  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United
2  States Court of Appeals for the Ninth Circuit.
3  Dated: September 13, 2007

                DLA PIPER US LLP


                By    /Carter W. Ott
                   Carter W. Ott
                   Attorneys for Plaintiff
                   MIDWEST TRANSPORT, INC.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On September 13, 2007, I served the within documents:

    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒   by causing the document listed above to be personally delivered by First Legal Support Services to the person(s) at the address set forth below:

FCE Benefit Administrators, Inc.
887 Mitten Road
Burlingame, CA 94010

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on September 13, 2007, at San Francisco, California.

                                              JoAnne Leon

DLA PIPER US LLP
SAN FRANCISCO

PROOF OF SERVICE
C-07-4408 JCS