| Attorney or Party without Attorney: <br> CARTER W. OTT <br> DLA PIPER US LLP <br> 153 TOWNSEND STREET <br> SUITE 800 <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-836-2500   FAX No: 415-836-2501 <br><br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: <br> 21313-2 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: MIDWEST TRANSPORT, INC. <br> Defendant: FCE BENEFIT ADMINISTRATORS, INC. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C-07-4408 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

3. a. Party served:              FCE BENEFIT ADMINISTRATORS, INC.
   b. Person served:             D. CALAHAN, HUMAN RESOURCES MANAGER/AUTHORIZED TO ACCEPT

4. Address where the party was served:   887 MITTEN ROAD
                                         BURLINGAME, CA 94010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 13, 2007 (2) at: 12:27PM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                                  d. *The Fee for Service was:*
   
   First Legal Support Services                       e. I am: (3) registered California process server
   ATTORNEY SERVICES                                       (i)   Independent Contractor
   1138 HOWARD STREET                                      (ii)  Registration No.:   190
   San Francisco, CA 94103                                 (iii) County:             Marin
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Sep. 14, 2007

   Judicial Council Form                PROOF OF SERVICE         (DOUG SCHROEDER)
   Rule 982.9.(a)&(b) Rev January 1, 2007                                              6373011.dlapi-sf.86569