ROBERT D. EASSA, Cal. Bar No. 107970
reassa@filicebrown.com
PAUL R. JOHNSON, Cal. Bar No. 115817
pjohnson@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC.<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC.,<br><br>Defendants. | Case No. C 07-04408 JCS<br><br>DEFENDANT FCE BENEFIT ADMINISTRATORS, INC. 'S REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

In accordance with the provisions of Title 28, U.S.C., section 636(c), Defendant FCE Benefit Administrators, Inc. requests that this matter be reassigned to a district judge to conduct any and all further proceedings in this case, including trial, and entry of final judgment.

///
///
///
///
///

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

02020 33833 SKARELS 571976.1

DEFENDANT FCE BENEFIT ADMINISTRATORS, INC.'S REQUEST FOR REASSIGNMENT
TO DISTRICT JUDGE - C-07-04408 JCS

| | |
|---|---|
| 1  DATED: September 27, 2007 | FILICE BROWN EASSA & McLEOD LLP |
| 2 | |
| 3 | By: _____ |
| 4 | ROBERT D. EASSA |
|   | PAUL R. JOHNSON |
| 5 | Attorneys for Defendant |
|   | FCE BENEFIT ADMINISTRATORS, INC. |

-2-

DEFENDANT FCE BENEFIT ADMINISTRATORS, INC.'S REQUEST FOR REASSIGNMENT
TO DISTRICT JUDGE - C-07-04408 JCS

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

02020 33833 SKARELS 571976.1