ROBERT D. EASSA, Cal. Bar No. 107970
reassa@filicebrown.com
PAUL R. JOHNSON, Cal. Bar No. 115817
pjohnson@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
**Fax: (510) 839-7940**

Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>FCE BENEFIT ADMINISTRATORS, INC.,<br><br>          Defendants. | Case No. C 07-04408 JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED ON BEHALF OF DEFENDANT** |

With respect to whether there is any non-party entity or person that has (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, ambiguity in the allegations of the complaint precludes the undersigned from making a definitive statement at this time.

Nevertheless, with respect to the purpose set forth in Civil L.R. 3-16(a), the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

-1-

1  DATED: September 27, 2007                FILICE BROWN EASSA & McLEOD LLP

2

3

                                            By: _____
4                                               ROBERT D. EASSA
                                                PAUL R. JOHNSON
5                                           Attorneys for Defendant
                                            FCE BENEFIT ADMINISTRATORS, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED ON BEHALF OF DEFENDANT
C-07-04408 JCS