| | |
|---|---|
| 1 | ROBERT D. EASSA, Cal. Bar No. 107970 |
| 2 | reassa@filicebrown.com<br>PAUL R. JOHNSON, Cal. Bar No. 115817 |
| 3 | pjohnson@filicebrown.com<br>FILICE BROWN EASSA & McLEOD LLP |
| 4 | 1999 Harrison Street, 18th Floor<br>Oakland, CA 94612 |
| 5 | Tel: (510) 444-3131 |
| 6 | Fax: (510) 839-7940 |
| 7 | Attorneys for Defendant<br>FCE BENEFIT ADMINISTRATORS, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC. | Case No. C 07-04408 JCS |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| FCE BENEFIT ADMINISTRATORS, INC., | |
| Defendants. | |

-1-

PROOF OF SERVICE

02020 33833 SKARELS 571976.1

# PROOF OF SERVICE

*Midwest Transport, Inc. v. FCE Benefit Administrators, Inc..*
United States District Court, Northern District of California, No. C 07-04408 JCS

I, Rosemary Pereda, declare that:

I am a citizen of the United States, over 18 years of age, and not a party to the within action. I am employed by the law firm of Filice Brown Eassa & McLeod LLP. My business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On September 27, 2007, I am serving the within documents:

- **ANSWER OF DEFENDANT FCE BENEFIT ADMINISTRATORS, INC. TO COMPLAINT AND COUNTERCLAIM FOR INDEMNITY, BREACH OF CONTRACT, AND DEFAMATION**
- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED ON BEHALF OF DEFENDANT**
- **DEFENDANT FCE BENEFIT ADMINISTRATORS, INC.'S REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE**

on all parties known to have appeared in this action, as addressed below, by causing true copies thereof to be distributed as follows:

David P. Stoeberl
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

Julie L. Waters
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

by U.S. Mail, first-class postage prepaid: I am readily familiar with the firm's practice of processing correspondence for mailing. Under that practice, such correspondence is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on September 27, 2007, at Oakland, California.

_____
Rosemary Pereda

02020 33833 SKARELS 572030.1