ORIGINAL

DAVID P. STOEBERL (Mo. Bar No. 266706)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314 )
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660

CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415-836-2500
Fax: 415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

FILED
OCT 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS, INC., <br><br> Defendant. | CASE NO. CV 07-4408 (CW) <br><br> **APPLICATION FOR ADMISSION OF JULIE L. WATERS *PRO HAC VICE*** <br><br> Judge: Hon. Claudia Wilkin <br> Courtroom: 2 |

Pursuant to Civil L.R. 11-3, Julie L. Waters, an active member in good standing of the bars of the States of Missouri and Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff Midwest Transport, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of the state bars of Missouri and Illinois, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4; to comply with General Order No. 45, Electronic Case Filing; and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Carter W. Ott, an attorney with DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94118-1957; Telephone: 415-836-2500; Facsimile: 415-836-2501.

4. I do not reside in the State of California; and

5. I am not engaged in the regular practice of law in California. I have never applied for admission *pro hac vice* in California before.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2007

CARMODY MACDONALD P.C.

By _____
Julie L. Waters
Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

DLA PIPER US LLP
SAN FRANCISCO

{4644\0007\350245.DOC.}
SF\3138886.1

-2-
APPLICATION FOR ADMISSION OF JULIE L. WATERS *PRO HAC VICE*
CASE NO. C-07-4408 (CW)