```
 1 | DAVID P. STOEBERL (Mo. Bar No. 266706)
   | dps@carmodymacdonald.com
 2 | JULIE L. WATERS (Mo. Bar No. 55314)
   | juw@carmodymacdonald.com
 3 | CARMODY MACDONALD P.C.
   | 120 South Central Avenue, Suite 1800
 4 | St. Louis, MO 63105
   | Tel: 314-854-8600
 5 | Fax: 314-854-8660
 6 | CARTER W. OTT (Bar No. 221660)
   | carter.ott@dlapiper.com
 7 | DLA PIPER US LLP
   | 153 Townsend Street, Suite 800
 8 | San Francisco, CA 94107-1957
   | Tel: 415-836-2500
 9 | Fax: 415-836-2501
10 | Attorneys for Plaintiff
   | MIDWEST TRANSPORT, INC.
```

**FILED**
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
OCT 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS, INC., <br><br> Defendant. | CASE NO. CV 07-4408 (CW) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID P. STOEBERL *PRO HAC VICE* <br><br> Judge: Hon. Claudia Wilkin <br> Courtroom: 2 |

David P. Stoeberl, an active member in good standing of the State Bars of Missouri and Illinois, whose business address and telephone number is Carmody MacDonald P.C., 120 South Central Avenue, Suite 1800, St. Louis, MO 63105, Telephone: (314) 854-8600, Facsimile: (314) 854-8660, having applied in the above-entitled action for admission to practice in the

/////
/////

1  Northern District of California on a *pro hac vice* basis, representing Plaintiff Midwest Transport,
2  Inc.,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.
8  DATED: OCT 1 1 2007

                    THE HONORABLE CLAUDIA WILKIN
                    United States District Judge