1  DAVID P. STOEBERL (Mo. Bar No. 266706)
   dps@carmodymacdonald.com
2  JULIE L. WATERS (Mo. Bar No. 55314)
   juw@carmodymacdonald.com
3  CARMODY MACDONALD P.C.
   120 South Central Avenue, Suite 1800
4  St. Louis, MO 63105
   Tel: 314-854-8600
5  Fax: 314-854-8660

6  CARTER W. OTT (Bar No. 221660)
   carter.ott@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415-836-2500
9  Fax: 415-836-2501

10 Attorneys for Plaintiff
   MIDWEST TRANSPORT, INC.
11

**FILED**
OCT 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
OCT 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15

16 | MIDWEST TRANSPORT, INC.,            | CASE NO. CV 07-4408 (CW)
17 |        Plaintiff,                    | [~~PROPOSED~~] ORDER GRANTING
                                           APPLICATION FOR ADMISSION OF
18 |    v.                                | JULIE L. WATERS *PRO HAC VICE*
19 | FCE BENEFIT ADMINISTRATORS,          | Judge:     Hon. Claudia Wilkin
   | INC.,                                | Courtroom: 2
20 |        Defendant.                    |
21

22

23    Julie L. Waters, an active member in good standing of the State Bars of Missouri and

24 Illinois, whose business address and telephone number is Carmody MacDonald P.C., 120 South

25 Central Avenue, Suite 1800, St. Louis, MO 63105, Telephone: (314) 854-8600, Facsimile:

26 (314) 854-8660, having applied in the above-entitled action for admission to practice in the

27 /////

28 /////

1  Northern District of California on a *pro hac vice* basis, representing Plaintiff Midwest Transport,
2  Inc.,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing.*
8  DATED: _____OCT 1 1 2007_____

                                                THE HONORABLE CLAUDIA WILKIN
                                                United States District Judge

DLA PIPER US LLP
SAN FRANCISCO

SF\3139030.1    -2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JULIE L. WATERS *PRO HAC VICE*
CASE NO. CV 07-4408 (CW)