DAVID P. STOEBERL (Mo. Bar No. 46024) (Appearing *Pro Hac Vice*)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314) (Appearing *Pro Hac Vice*)
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: 415-836-2500
Facsimile: 415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation | CASE NO. C 07-4408 (CW)<br><br>**MIDWEST TRANSPORT, INC.'S MOTION TO AMEND COMPLAINT**<br><br><u>**DEMAND FOR JURY TRIAL**</u><br><br>Date:       December 6, 2007<br>Time:       2:00 p.m.<br>Judge:      The Honorable Claudia Wilken<br>Courtroom: 2 |

Plaintiff Midwest Transport, Inc., by and through its counsel, submits this Motion for Leave to File First Amended Complaint. In support of this Motion, Plaintiff states as follows:

1. This is a lawsuit involving the improper administration of a medical benefits plan by Defendant FCE Benefit Administrators, Inc. ("FCE").

2. Plaintiff seeks to amend its complaint to add its insurance broker, Califia Development Corp., d/b/a CDC Insurance Services ("CDC"). CDC acted negligently, and in advising and communicating with Midwest concerning the medical benefits plan, misrepresented the amounts Midwest would be obligated to contribute to the medical benefits plan.

3. Therefore, CDC should be a party to this lawsuit.

4. According to Federal Rule of Civil Procedure 15(a), Leave to Amend "shall be freely granted when justice so requires." This policy is to be applied with "extreme liberality." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (citations omitted).

5. This motion is not made to unduly delay these proceedings which are still in their earliest stages or for any other improper purpose. Instead, it is made to promote judicial economy by bringing all related claims in one lawsuit.

6. The Amended Complaint has been filed herewith.

WHEREFORE, Plaintiff Midwest Transport, Inc., respectfully requests that this Court grant this Motion for Leave to Amend, deem it filed instanter, and grant such other relief as the Court deems just and proper.

Dated: October 22, 2007

CARMODY MACDONALD P.C.

By: _____
DAVID P. STOEBERL
Attorneys for Plaintiff
Midwest Transport, Inc.