DAVID P. STOEBERL (Mo. Bar No. 46024) (Appearing *Pro Hac Vice*)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314) (Appearing *Pro Hac Vice*)
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: 415-836-2500
Facsimile: 415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation | CASE NO. C 07-4408 (CW)<br><br>**[PROPOSED] ORDER REGARDING MIDWEST TRANSPORT, INC.'S MOTION TO AMEND COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:      December 6, 2007<br>Time:     2:00 p.m.<br>Judge:    The Honorable Claudia Wilken<br>Courtroom: 2 |

On December 6, 2007, the Court heard Plaintiff Midwest Transport, Inc.'s Motion to Amend its Complaint in this matter. Having considered the briefs submitted by the parties and other documents in support of and opposition to the motion, and having heard the arguments of counsel and being fully advised in this matter, the motion is GRANTED.

-1-
[PROPOSED] ORDER RE MOTION TO AMEND COMPLAINT
CASE NO. C 07-4408 (CW)

1     Midwest Transport, Inc.'s First Amended Complaint, filed with its Motion to Amend Complaint, shall be entered herewith as that party's operative pleading in this action.

IT IS SO ORDERED.

Dated: _____, 2007

                                                     THE HONORABLE CLAUDIA WILKEN
                                                     United States District Court Judge