DAVID P. STOEBERL (Mo. Bar No. 46024) (Appearing *Pro Hac Vice*)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314) (Appearing *Pro Hac Vice*)
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: 415-836-2500
Facsimile: 415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation | CASE NO. C 07-4408 (CW)<br><br>**[PROPOSED] ORDER REGARDING MIDWEST TRANSPORT, INC.'S MOTION TO DISMISS FCE BENEFIT ADMINISTRATORS, INC.'S COUNTERCLAIM FOR INDEMNITY**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:    December 6, 2007<br>Time:    2:00 p.m.<br>Judge:   The Honorable Claudia Wilken<br>Courtroom: 2 |

On December 6, 2007, the Court heard Plaintiff Midwest Transport, Inc.'s Motion to Dismiss FCE Benefit Administrators, Inc.'s Counterclaim for Indemnity. Having considered the briefs submitted by the parties and other documents in support of and opposition to the motion,

1  and having heard the arguments of counsel and being fully advised in this matter, the motion is
2  GRANTED.
3
4       FCE Benefit Administrators, Inc.'s counterclaim for indemnity is therefore dismissed with
5  prejudice.  FCE Benefit Administrators, Inc. shall have 15 days from entry of this Order to file an
6  amended pleading consistent with this Order.
7  IT IS SO ORDERED.
8
   Dated: _____, 2007
9                                                              _____
                                                                THE HONORABLE CLAUDIA WILKEN
10                                                              United States District Court Judge

{4644\0007\353332.DOC.}                    -2-
[PROPOSED] ORDER RE MOT. TO DISMISS COUNTERCLAIM FOR INDEMNITY
CASE NO.  C 07-4408 (CW)