**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Midwest Transport, Inc., | 07-04408 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| FCE Benefit Administrators, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04408 CW                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: November 14, 2007

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04408 CW                                  -2-

PROOF OF SERVICE

Case Name:       Midwest Transport, Inc. v. FCE Benefit Administrators, Inc.

Case Number:    07-04408 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Julie L. Waters
> Carmody MacDonald P.C.
> 120 South Central Avenue
> Suite 1800
> St. Louis, MO 63105
>
> Carter Winford Ott
> DLA Piper US LLP
> 153 Townsend Street
> Suite 800
> San Francisco, CA 94107
> carter.ott@dlapiper.com
>
> David P. Stoeberl
> Carmody MacDonald P.C.
> 120 South Central Avenue
> Suite 1800
> St. Louis, MO 63105
>
> Robert D. Eassa
> Filice Brown Eassa & McLeod LLP

    1999 Harrison Street
    18th Floor
    Oakland, CA 94612
    robert.eassa.service@filicebrown.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

                              *Timothy Smagacz* (signature)
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov