ROBERT D. EASSA, Cal. Bar No. 107970
reassa@filicebrown.com
PAUL R. JOHNSON, Cal. Bar No. 115817
pjohnson@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC.<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC.,<br><br>Defendants. | Case No. C 07-04408 CW<br><br>**[PROPOSED] ORDER DENYING MIDWEST TRANSPORT, INC.'S MOTION TO DISMISS FCE BENEFIT ADMINISTRATORS, INC.'S COUNTERCLAIM FOR INDEMNITY** |

On December 6, 2007, the Court heard Plaintiff Midwest Transport, Inc.'s Motion to Dismiss FCE Benefit Administrators, Inc.'s Counterclaim for Indemnity. Having considered the briefs submitted by the parties and other documents in support of and opposition to the motion, and having heard the arguments of counsel and being fully advised in this matter, the motion is DENIED.

**IT IS SO ORDERED.**

Dated:_____

                                                                             THE HONORABLE CLAUDIA WILKEN
                                                                             United States District Court Judge

-1-

02020 33833 SKARELS 574867.1

[PROPOSED] ORDER DENYING MIDWEST TRANSPORT, INC.'S MOTION TO DISMISS FCE BENEFIT ADMINISTRATORS, INC.'S COUNTERCLAIM FOR INDEMNITY