ROBERT D. EASSA, Cal. Bar No. 107970
reassa@filicebrown.com
PAUL R. JOHNSON, Cal. Bar No. 115817
pjohnson@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel:  (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC. | Case No. C 07-04408 CW |
| Plaintiff, | **STATEMENT OF NON-OPPOSITION TO MIDWEST TRANSPORT, INC.'S MOTION TO AMEND COMPLAINT** |
| v. | |
| FCE BENEFIT ADMINISTRATORS, INC., | |
| Defendants. | |

FCE Benefit Administrators, Inc. (hereinafter referred to as "FCE") respectfully submits this statement of non-opposition to Midwest Transport, Inc.'s (hereinafter "Midwest") motion to amend complaint.  FCE does not oppose Midwest filing the proposed First Amended Complaint.  By this statement of Non-Opposition, FCE does not agree to or affirm the argument and statements in Midwest's Motion to Amend Complaint.

DATED: November 15, 2007                     FILICE BROWN EASSA & McLEOD LLP

By:_____
ROBERT D. EASSA
PAUL R. JOHNSON
Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

-1-