1 | DAVID P. STOEBERL (Mo. Bar No. 46024) (Appearing *Pro Hac Vice*)
dps@carmodymacdonald.com
2 | JULIE L. WATERS (Mo. Bar No. 55314) (Appearing *Pro Hac Vice*)
juw@carmodymacdonald.com
3 | CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
4 | St. Louis, MO 63105
Tel: 314-854-8600
5 | Fax: 314-854-8660

6 | CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
7 | DLA PIPER US LLP
153 Townsend Street, Suite 800
8 | San Francisco, California 94107
Telephone: 415-836-2500
9 | Facsimile: 415-836-2501

10 | Attorneys for Plaintiff and Counter-defendant
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation, | CASE NO. C 07-4408 (CW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, | Judge: Hon. Claudia Wilken<br>Courtroom: 2 |
| Defendant. | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, | |
| Counter-claimant, | |
| v. | |
| MIDWEST TRANSPORT, INC., a Delaware Corporation, | |
| Counter-defendant. | |

1  Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated
2  and agreed by Plaintiff and Counter-defendant Midwest Transport, Inc. ("Midwest Transport")
3  and Defendant and Counter-claimant FCE Benefit Administrators, Inc., by and through their
4  respective attorneys of record, as follows:

5  WHEREAS, the Court previously scheduled the initial Case Management Conference in
6  this action for December 4, 2007 at 2:00 p.m.

7  WHEREAS, on October 22, 2007, Midwest Transport filed a motion for leave to amend
8  its Complaint adding Califia Development Corporation as a defendant in this action, and on
9  November 15, 2007, FCE Benefit Administrators, Inc. filed a non-opposition to this motion.

10 WHEREAS, Midwest Transport and FCE Benefit Administrators, Inc. agree that the
11 initial Case Management Conference should take place after Califia Development Corporation
12 has appeared in this action.

13 WHEREAS, the only time modification in this case was by the Court's order, following
14 the reassignment of this action to this Court, rescheduling the initial Case Management
15 Conference from November 30, 2007 to December 4, 2007.

16 WHEREAS, the requested time modification will not otherwise impact the schedule for
17 this case.

18 THEREFORE, the parties hereby agree, subject to the Court's approval, to continue the
19 initial Case Management Conference, scheduled for December 4, 2007 at 2:00 p.m., to
20 February 12, 2008, 2008 at 2:00 p.m.

21 Dated:  November 26, 2007

CARMODY MACDONALD P.C.

DLA PIPER US LLP

By  /s/ Carter W. Ott
    CARTER W. OTT
    Attorneys for Plaintiff and Counter-defendant
    Midwest Transport, Inc.

{4644\0007\358518.DOC.}    -2-
STIP. AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO.  C 07-4408 (CW)

1  Dated:  November 26, 2007

2                                                                FILICE BROWN EASSA & McLEOD LLP

3                                                                By  /s/ Robert D. Eassa
4                                                                      ROBERT D. EASSA
                                                                       Attorneys for Defendant and Counter-claimant
5                                                                      FCE Benefit Administrators, Inc.

6  I, Carter W. Ott, am the ECF user whose ID and password are being used to file this

7  STIPULATION TO EXTEND TIME TO RESPONSE TO AMENDED COMPLAINT.  In

8  compliance with General Order 45, X.B., I hereby attest that Robert D. Essa has concurred in this

9  filing.

10                                                    **ORDER**

11     The initial Case Management Conference currently scheduled for December 4, 2007 at

12  2:00 p.m. is continued to February 12, 2008, 2008 at 2:00 p.m.

13  Dated:  _____

14

15                                                                HONORABLE CLAUDIA WILKEN
                                                                  UNITED STATES DISTRICT JUDGE

{4644\0007\358518.DOC.}                       -3-
                                              STIP. AND [PROPOSED] ORDER CONTINUING INITIAL CMC
                                              CASE NO.  C 07-4408 (CW)