DAVID P. STOEBERL (Mo. Bar No. 46024) (Appearing *Pro Hac Vice*)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314) (Appearing *Pro Hac Vice*)
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO  63105
Tel:  314-854-8600
Fax: 314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone:  415-836-2500
Facsimile:  415-836-2501

Attorneys for Plaintiff and Counter-defendant
MIDWEST TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation,<br><br>       Defendant. | CASE NO.  C 07-4408 (CW)<br><br>**STIPULATION AND  ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:      Hon. Claudia Wilken<br>Courtroom: 2 |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation,<br><br>       Counter-claimant,<br><br>    v.<br><br>MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>       Counter-defendant. | |

1    Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

2    and agreed by Plaintiff and Counter-defendant Midwest Transport, Inc. ("Midwest Transport")

3    and Defendant and Counter-claimant FCE Benefit Administrators, Inc., by and through their

4    respective attorneys of record, as follows:

5    WHEREAS, the Court previously scheduled the initial Case Management Conference in

6    this action for December 4, 2007 at 2:00 p.m.

7    WHEREAS, on October 22, 2007, Midwest Transport filed a motion for leave to amend

8    its Complaint adding Califia Development Corporation as a defendant in this action, and on

9    November 15, 2007, FCE Benefit Administrators, Inc. filed a non-opposition to this motion.

10    WHEREAS, Midwest Transport and FCE Benefit Administrators, Inc. agree that the

11    initial Case Management Conference should take place after Califia Development Corporation

12    has appeared in this action.

13    WHEREAS, the only time modification in this case was by the Court's order, following

14    the reassignment of this action to this Court, rescheduling the initial Case Management

15    Conference from November 30, 2007 to December 4, 2007.

16    WHEREAS, the requested time modification will not otherwise impact the schedule for

17    this case.

18    THEREFORE, the parties hereby agree, subject to the Court's approval, to continue the

19    initial Case Management Conference, scheduled for December 4, 2007 at 2:00 p.m., to

20    February 12, 2008, 2008 at 2:00 p.m.

21    Dated:  November 26, 2007

22    CARMODY MACDONALD P.C.

23    DLA PIPER US LLP

24    By  /s/ Carter W. Ott

25    CARTER W. OTT
      Attorneys for Plaintiff and Counter-defendant
      Midwest Transport, Inc.

26

27

28

1    Dated:  November 26, 2007

2                                    FILICE BROWN EASSA & McLEOD LLP

3                                    By   /s/ Robert D. Eassa
4                                         ROBERT D. EASSA
                                         Attorneys for Defendant and Counter-claimant
5                                         FCE Benefit Administrators, Inc.

6    I, Carter W. Ott, am the ECF user whose ID and password are being used to file this

7    STIPULATION TO EXTEND TIME TO RESPONSE TO AMENDED COMPLAINT.  In

8    compliance with General Order 45, X.B., I hereby attest that Robert D. Essa has concurred in this

9    filing.

10                                    **ORDER**

11        The initial Case Management Conference currently scheduled for December 4, 2007 at

12   2:00 p.m. is continued to February 12, 2008, 2008 at 2:00 p.m.

13   Dated:  ___11/28/07_____
14
15                                    HONORABLE CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28