IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIDWEST TRANSPORT, INC.,

    Plaintiff,

  v.

FCE BENEFIT ADMINISTRATORS, INC.,

    Defendant.
_____/

No. C 07-04408 CW

CLERK'S NOTICE TAKING MOTIONS UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion to Amend Complaint and Motion to Dismiss FCE Benefit Administrator, Inc.'s Counterclaim for Indemnity under submission on the papers.  The hearing previously scheduled for December 6, 2007, is vacated.

Dated: 12/4/07

SHEILAH CAHILL
Deputy Clerk