John H. Stephens, CSB 082971
jstephens@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendant CALIFIA
DEVELOPMENT CORP. dba CDC
INSURANCE SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation,<br><br>and<br><br>CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>        Defendants. | CASE NO. C 07-4408 (CW)<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANT CALIFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Midwest Transport, Inc. ("Plaintiff") and Defendant Califia Development Corp. dba CDC Insurance Services ("Defendant") by and through their counsel of record, enter into the following Stipulation Extending the Time for Defendant to Respond to Plaintiff's First Amended Complaint, with reference to the following facts:

///

///

///

[191794v1/5814-002][

1

A. Defendant's agent for service of process was served with the Plaintiff's First Amended Complaint on December 18, 2007, and a response to the First Amended Complaint would otherwise be due on January 7, 2008.

B. As a result of the intervening holidays, Defendant requires additional time to review the existing documents already on file in this matter, analyze the Plaintiff's contentions and formulate a response. The Plaintiff has agreed to provide Defendant with an extension of time to respond to the First Amended Complaint, up to and including January 25, 2008.

NOW, THEREFORE, the parties hereto agree as follows:

1. Defendant may have up to and including January 25, 2008, to respond to the Plaintiff's First Amended Complaint.

2. This Stipulation may be executed in counterparts and via facsimile or other means of electronic transmission which, when taken together, shall constitute a single, signed original.

IT IS SO STIPULATED.

Dated: December ___, 2007          WERTZ McDADE WALLACE MOOT & BROWER
                                   A Professional Corporation


                                   By: /s/
                                       John H. Stephens
                                       Attorneys for Defendant CALIFIA
                                       DEVELOPMENT CORP. dba CDC
                                       INSURANCE SERVICES


Dated: December ___, 2007          CARMODY MACDONALD P.C.


                                   By: /s/
                                       David P. Stoeberl
                                       Attorneys for Plaintiff MIDWEST TRANSPORT,
                                       INC.

[191794v1/5814-002][

2

Stipulation Extending Time for Defendants
to Respond to Complaint
Case No. C 07-4408 (CW)