1  John H. Stephens, SBN 082971
   jstephens@wertzmcdade.com
2  WERTZ McDADE WALLACE MOOT & BROWER
   A Professional Corporation
3  945 Fourth Avenue
   San Diego, California 92101
4  (619) 233-1888 / Fax: (619) 696-9476

5  Attorneys for Defendant CALIFIA
   DEVELOPMENT CORP. dba CDC
6  INSURANCE SERVICES

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| MIDWEST TRANSPORT, INC. a Delaware Corporation, | CASE NO. C 07-4408 (CW) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation; and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation, | Judge: The Honorable Claudia Wilkin Courtroom: 2 |
| Defendant. | |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 945 Fourth Avenue, San Diego, California 92101.

On January 7, 2008, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CALIFIA DEVELOPMENT CORP. DBA CDC INSURANCE SERVICES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Wertz McDade Wallace Moot & Brower's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2008, at San Diego, California.

/s/
Gina de Guzman

**SERVICE LIST**

Carter W. Ott, Esq.
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107

David P. Stoeberl, Esq.
Carmody Macdonald P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

Julie L. Waters, Esq.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476