1 | DAVID P. STOEBERL (Mo. Bar No. 46024)
dps@carmodymacdonald.com
2 | JULIE L. WATERS (Mo. Bar No. 55314)
juw@carmodymacdonald.com
3 | CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
4 | St. Louis, MO  63105
Tel:  314-854-8600
5 | Fax: 314-854-8660

6 | CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
7 | DLA PIPER US LLP
153 Townsend Street, Suite 800
8 | San Francisco, California 94107
Telephone:  415-836-2500
9 | Facsimile:  415-836-2501

10 | Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation | CASE NO.  C 07-4408 (CW)<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Judge:　　The Honorable Claudia Wilken<br>Courtroom: 2 |

SF\3140674.1

-1-
CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS
CASE NO. C 07-4408 (CW)

1 | Pursuant to Civil L.R. 3-16, Plaintiff Midwest Transport, Inc. ("Midwest") hereby submits its Certification of Non-Party Interested Entities or Persons.

The undersigned certifies as of this date, other than the named parties, there is no such interest to report.

Dated: January 17, 2008

                                        CARMODY MACDONALD P.C.

                                        DLA PIPER US LLP

                                        By:  /s/ Carter W. Ott
                                              CARTER W. OTT
                                              Attorneys for Plaintiff
                                              Midwest Transport, Inc.