**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Midwest Transport, Inc., | 07-04408 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| FCE Benefit Administrators, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04408 CW                                                  -1-

Case 4:07-cv-04408-CW    Document 38    Filed 01/24/2008    Page 2 of 4

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: January 24, 2008

            RICHARD W. WIEKING
            Clerk
            by:   Timothy J. Smagacz

            *Timothy Smagacz* (signature)
            _____
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov

**United States District Court, Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04408 CW                          -2-

PROOF OF SERVICE

Case Name:	Midwest Transport, Inc. v. FCE Benefit Administrators, Inc.

Case Number:	07-04408 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 24, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Julie Lynn Waters
> Carmody MacDonald P.C.
> 120 South Central Avenue
> Suite 1800
> St. Louis, MO 63105
> juw@carmodymacdonald.com
>
> Carter Winford Ott
> DLA Piper US LLP
> 153 Townsend Street
> Suite 800
> San Francisco, CA 94107
> carter.ott@dlapiper.com
>
> David Philipp Stoeberl
> Carmody MacDonald P.C.
> 120 South Central Avenue
> Suite 1800
> St. Louis, MO 63105
> dps@carmodymacdonald.com

Robert D. Eassa
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
robert.eassa.service@filicebrown.com

Paul R. Johnson
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
paul.johnson.service@filicebrown.com

John Hamilton Stephens
945 Fourth Avenue
San Diego, CA 92101
jstephens@wertzmcdade.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 24, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov