John H. Stephens, SBN 082971
jstephens@wertzmcdade.com
Julie A. Lewin, SBN 225150
jlewin@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendant CALIFIA
DEVELOPMENT CORPORATION
dba CDC INSURANCE SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation; and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>Defendants.<br>―――――――――――――――<br>CALIFIA DEVELOPMENT CORPORATION, d/b/a CDC Insurance Services, a California Corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation,<br><br>Cross-Defendant. | CASE NO. C 07-4408 (CW)<br><br>**CROSS-CLAIM BY CALIFIA DEVELOPMENT CORPORATION dba CDC INSURANCE SERVICES AGAINST FCE BENEFIT ADMINISTRATORS, INC. FOR IMPLIED/EQUITABLE INDEMNITY; CONTRIBUTION; AND, DECLARATORY RELIEF**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: The Honorable Claudia Wilkin<br>Courtroom: 2 |

Cross-Claimant Califia Development Corporation dba CDC Insurance Services ("Cross-Claimant") alleges as follows:

/ / /

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

GENERAL ALLEGATIONS

1.      Cross-Claimant is a California corporation and at all relevant times mentioned herein, was doing business in the City of Temecula, California.

2.      Cross-Claimant alleges on information and belief that at all relevant times mentioned herein, Cross-Defendant FCE Benefit Administrators, Inc. ("Cross-Defendant") was a California corporation doing business in Burlingame, California.

3.      Plaintiff Midwest Transport, Inc. ("Plaintiff") filed a First Amended Complaint in this action on or about December 14, 2007.  Cross-Claimant incorporates herein by this reference, as though fully set forth herein, each and every fact and allegation in Plaintiff's First Amended Complaint, without admitting or acknowledging the truth of such facts and allegations.

JURISDICTION

4.      This Cross-Claim is filed pursuant to Federal Rule of Civil Procedure 13(g), and personal and subject matter jurisdiction arise because the Cross-Claims relate to the same transactions that are the subject matter of the main action, and are therefore ancillary to the main claim.  *Danner v. Himmelfarb*, 858 F.2d 515 (9th Cir. 1988); *Jones v. Illinois Dept. of Rehab. Services*, 689 F.2d 724, 732 (7th Cir. 1982).  By alleging jurisdiction, Cross-Claimant does not concede that the Plaintiff has established jurisdiction in this action; however, to the extent that jurisdiction has or becomes established, then this Court possesses jurisdiction over the parties to this Cross-Claim on the same grounds as those alleged in Plaintiff's First Amended Complaint.

FIRST CLAIM FOR RELIEF

(Implied/Equitable Indemnity)

5.      Cross-Claimant incorporates by reference each and every allegation contained in paragraphs 1 through 4, inclusive, as though fully set forth herein.

6.      Without admitting the truth of any of the allegations in the Plaintiff's First Amended Complaint, Cross-Claimant incorporates by reference the allegations made therein and demands that Cross-Defendant defend and indemnify it with respect to this entire litigation.

7.      Cross-Claimant alleges that it is in no way legally responsible for the acts and/or omissions giving rise to Plaintiff's First Amended Complaint nor legally responsible in any way

1    for the damages allegedly sustained by Plaintiff. Cross-Defendant is responsible, in whole or in

2    part, for the injuries and damages, if any, purportedly suffered by Plaintiff as alleged in the various

3    pleadings on file in this matter, including the First Amended Complaint.

4        8.    As a result of the acts and/or omissions of Cross-Defendant, Plaintiff allegedly

5    sustained damage or injuries. In the event that Cross-Claimant is held to be liable for all or any

6    part of the claims for damages asserted against it, then Cross-Claimant is entitled to complete or

7    partial indemnification and/or apportionment based upon the relative fault and responsibilities

8    between the parties.

9        9.    In addition, due to Cross-Defendant's failure to defend and indemnify Cross-

10   Claimant, Cross-Claimant has suffered damages including attorneys' fees and costs in defending

11   against the Plaintiff's allegations in the First Amended Complaint.

12                          SECOND CLAIM FOR RELIEF

13                              (Contribution)

14       10.   Cross-Claimant incorporates by reference each and every allegation contained in

15   paragraphs 1 through 9, inclusive, as though fully set forth herein.

16       11.   In the event that Cross-Claimant is held liable to any other parties by virtue of the

17   facts alleged in the First Amended Complaint, Cross-Claimant is entitled to contribution from

18   Cross-Defendant for any liability, monies, or judgment paid, in excess of the degree to which

19   Cross-Claimant's culpability, faults and responsibility, if any, contributed to the damages as

20   alleged in the Plaintiff's First Amended Complaint.

21                          THIRD CLAIM FOR RELIEF

22                            (Declaratory Relief)

23       12.   Cross-Claimant incorporates by reference each and every allegation contained in

24   paragraphs 1 through 11, inclusive, as though fully set forth herein.

25       13.   An actual controversy has arisen and now exists between Cross-Claimant and

26   Cross-Defendant. Specifically, Cross-Claimant contends that, as between Cross-Claimant and

27   Cross-Defendant, responsibility, if any, for the damages claimed by other parties herein rests

28   entirely or partially on Cross-Defendant, and that, as a result, Cross-Defendant is obligated to

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

1  partially or fully indemnify Cross-Claimant for any sums that Cross-Claimant may be compelled

2  to pay because of any damages, judgment, or other awards recovered by other parties against

3  Cross-Claimant.

4        14.     Cross-Claimant desires a judicial determination of the respective rights and duties

5  of Cross-Claimant and Cross-Defendant with respect to the damages claimed in the pleadings on

6  file herein. Without limiting the generality of the foregoing, Cross-Claimant desires a declaration

7  of the comparative liability of Cross-Claimant and Cross-Defendant for these damages, and a

8  declaration of Cross-Defendant's responsibility for comparative indemnity to Cross-Claimant for

9  any sums that Cross-Claimant may be compelled to pay and for which Cross-Defendant is

10  determined to be responsible, entirely or in part.

11        15.     A judicial declaration is necessary and appropriate at this time so that Cross-

12  Claimant may ascertain its rights and duties with respect to the Plaintiff's claims for damages.

13  Furthermore, the Plaintiff's claims and the claims of Cross-Claimant set forth herein arise out of

14  the same transaction, and a determination of both in one proceeding is necessary and appropriate

15  in order to avoid the multiplicity of actions that would result if Cross-Claimant is required to

16  defend against the Plaintiff's claims and then bring a separate action against Cross-Defendant for,

17  *inter alia*, indemnification of sums that Cross-Claimant may be compelled to pay as the result of

18  any damages, judgment, or other awards recovered by Plaintiff.

19        WHEREFORE, Cross-Claimant prays for judgment against Cross-Defendant as follows:

20        1.     For an Order requiring Cross-Defendant to both defend and indemnify Cross-

21  Claimant against the Plaintiff's claims and to reimburse Cross-Claimant for all costs and

22  attorneys' fees expended in the defense of this matter;

23        2.     For an apportionment of damages sustained by Cross-Claimant based upon the

24  respective fault of Cross-Defendant;

25  For a judicial determination of the comparative fault of Cross-Claimant and Cross-Defendant for

26  the damages claimed by other parties, if any are found to exist;

27  ///

28  ///

1      3.      For a declaration of the amount that Cross-Defendant is obligated to indemnify

2  Cross-Claimant if Cross-Claimant is compelled to pay any sum as the result of any damages,

3  judgment, or other awards recovered by other parties against Cross-Claimant;

4      4.      For compensatory damages and interest according to proof;

5      5.      For costs of suit and expenses reasonably incurred by Cross-Claimant in its defense

6  of these proceedings including, but not limited to, reasonable attorneys' fees; and,

7      6.      For such other and further relief as the Court deems just and proper.

8

9  Dated: January 25, 2008                    WERTZ McDADE WALLACE MOOT & BROWER
                                              A Professional Corporation
10

11

12                                            By: _____
                                                  John H. Stephens
13                                                Julie A. Lewin
                                                  Attorneys for Defendant CALIFIA
14                                                DEVELOPMENT CORPORATION dba CDC
                                                  INSURANCE SERVICES
15

16

17

18

19

20

21

22

23

24

25

26

27

28

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

1    <u>DEMAND FOR JURY TRIAL</u>

2        Cross-Claimant Califia Development Corporation, d/b/a CDC Insurance Services hereby

3    demands a trial by jury.

4

5    Dated: January 25, 2008                    WERTZ McDADE WALLACE MOOT & BROWER
                                                A Professional Corporation
6

7

8                                               By: _____
                                                    John H. Stephens
9                                                   Julie A. Lewin
                                                    Attorneys for Defendant CALIFIA
10                                                  DEVELOPMENT CORP. dba CDC
                                                    INSURANCE SERVICES
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

Cross-complaint By Califia Development Corporation. Against FCE Benefit Administrators, Inc.