ROBERT D. EASSA, Cal. Bar No. 107970
reassa@filicebrown.com
PAUL R. JOHNSON, Cal. Bar No. 115817
pjohnson@filicebrown.com
SABRINA R. KARELS, Cal. Bar No. 248080
skarels@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel:  (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
FCE BENEFIT ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC.<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC.,<br><br>Defendants. | Case No. C 07-04408 **CW**<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>JUDGE:           HON. CLAUDIA WILKEN<br>COURTROOM:  2 |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiff and Counter-defendant Midwest Transport, Inc. ("Midwest Transport"); Defendant and Counter-claimant FCE Benefit Administrators, Inc.; and Defendant and Cross-Claimant Califia Development Corporation dba CDC Insurance Services ("Califia"), by and through their respective attorneys of record, as follows:

WHEREAS, the Court previously scheduled the initial Case Management Conference in this action for December 4, 2007 at 2:00 p.m.

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE - C-07-04408 JCS

1  WHEREAS, on October 22, 2007, Midwest Transport filed a motion for leave to amend its Complaint adding Califia Development Corporation as a defendant in this action, and on November 15, 2007, FCE Benefit Administrators, Inc. filed a non-opposition to this motion.

4  WHEREAS, Midwest Transport and FCE Benefit Administrators, Inc. agreed that the initial Case Management Conference should take place after Califia Development Corporation has appeared in this action.

7  WHEREAS, due to the agreement of the parties, the Court continued the initial Case Management Conference to February 12, 2008 at 2:00 p.m.

9  WHEREAS, Midwest Transport filed its First Amended Complaint adding Califia as a defendant in this action on December 14, 2007.

11  WHEREAS, Midwest Transport and Califia entered into a stipulation on January 7, 2008, extending the deadline for Califia to respond to the First Amended Complaint to January 25, 2008.

13  WHEREAS, Califia filed its Answer to the First Amended Complaint and a Cross-Claim Against FCE for Implied/Equitable Indemnity; Contribution; and Declaratory Relief on January 25, 2008.

16  WHEREAS, the deadline for FCE to respond to Califia's Cross-Claim is not due to be filed until February 19, 2008.

18  WHEREAS, the parties agree that the initial Case Management Conference and attendant deadlines, such as the Rule 26(f) early conference[1], should take place after Califia has appeared in the action and able to participate, and after the parties have completed the initial round of pleadings.

22  WHEREAS, the only previous time modifications in this case were by the Court's order, following the reassignment of this action to this Court, rescheduling the initial Case Management Conference from November 30, 2007 to December 4, 2007, and a previous stipulation moving the conference to February 12, 2008, due to the First Amended Complaint to be filed.

---

[1] Under the current schedule, the Rule 26(f) early conference must be completed by January 22, 2008, prior to the date of the time Califia was to respond to the First Amended Complaint.

1  WHEREAS, the parties have been advised that the Case Management Conference will need to be moved due to the unavailability of the Court in February.

3  WHEREAS, the requested time modification will not otherwise impact the schedule for this case and will allow the parties to complete the pleading process to enable an informed and productive early conference to discuss the conduct of discovery.

6  THEREFORE, the parties hereby agree, subject to the Court's approval, to continue the initial Case Management Conference, scheduled for February 12, 2008 at 2:00 p.m., to March 25, 2008 at 2:00 p.m.

9  THEREFORE, the parties agree and stipulate that deadlines attendant to the initial Case Management Conference, such as the Rule 26(f) early conference and initial disclosures, will be calculated from the new date of the initial Case Management Conference (March 25, 2008).

Dated:  January 30, 2008         FILICE BROWN EASSA & McLEOD LLP

By  /s/ Sabrina R. Karels
    SABRINA R. KARELS
    Attorneys for Defendant and Counter-claimant
    FCE Benefit Administrators, Inc.

Dated:  January 30, 2008         CARMODY MACDONALD P.C.

DLA PIPER US LLP

By  /s/ Carter W. Ott
    CARTER W. OTT
    Attorneys for Plaintiff and Counter-defendant
    Midwest Transport, Inc.

Dated:  January 30, 2008         WERTZ McDADE WALLACE MOOT & BROWER LP

By  /s/ John H. Stephens
    JOHN H. STEPHENS
    Attorneys for Defendant and Cross-Claimant Califia
    Development Corporation dba CDC Insurance
    Services

1  I, Sabrina R. Karels, am the ECF user whose ID and password are being used to file this
2  STIPULATION TO EXTEND TIME TO RESPONSE TO AMENDED COMPLAINT.  In
3  compliance with General Order 45, X.B., I hereby attest that Carter W. Ott and John H. Stephens
4  have concurred in this filing.

## ORDER

The initial Case Management Conference currently scheduled for February 12, 2008 at 2:00 p.m. is continued to March 25, 2008 at 2:00 p.m.

Dated:  ____1/30/08_____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE