John H. Stephens, SBN 082971
jstephens@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California  92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendant CALIFIA
DEVELOPMENT CORP. dba CDC
INSURANCE SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC. a Delaware Corporation,<br><br>         Plaintiff,<br><br>     v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation; and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>         Defendants.<br>_____<br>CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>         Cross-Complainant,<br><br>     v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation,<br><br>         Cross-Defendant. | CASE NO. C 07-4408 (CW)<br><br>**CERTIFICATION OF NON-PARTY INTEREST BY DEFENDANT AND CROSS-COMPLAINANT CALIFIA DEVELOPMENT CORP.**<br><br><br><br>Judge: The Honorable Claudia Wilkin<br>Courtroom: 2 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Califia Development Corp, dba CDC Insurance Services, hereby certifies that:

1  Califia Development Corp. does not have a corporate parent, and certifies that no publicly
2  held corporation owns ten percent or more of its stock.

5  Dated: March ___, 2008        WERTZ McDADE WALLACE MOOT & BROWER
                                 A Professional Corporation

8                                By: /s/ John H. Stephens
                                     John H. Stephens
9                                    Attorneys for Defendant CALIFIA
                                     DEVELOPMENT CORP. dba CDC
10                                   INSURANCE SERVICES

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476