John H. Stephens, SBN 082971
jstephens@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendant/Cross-complainant/Cross-defendant
CALIFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC. a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation; and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C 07-4408 (CW)<br><br>**DEFENDANT/CROSS-COMPLAINANT CALIFIA DEVELOPMENT CORP.'S RULE 26(a)(1) INITIAL DISCLOSURES**<br><br><br><br>Judge: The Honorable Claudia Wilkin<br>Courtroom: 2 |

Defendant/Cross-complainant/Cross-defendant Califia Development Corp. (hereinafter, "CDC") respectfully submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**I.   PRELIMINARY STATEMENT**

These initial disclosures are based on information presently available to CDC. Therefore, it is necessarily limited by the records and information presently recollected and thus far discovered in the course of preparing this disclosure. CDC reserves the right to produce at trial and make reference to any evidence, facts, documents or information not yet discovered, or the

relevance of which has not yet been identified, by CDC. CDC reserves the right to amend, supplement or otherwise modify these disclosures at any time should additional information become available. CDC has not completed its investigation or discovery relating to this case and has not completed its preparation for trial.

The identification herein of individuals likely to have discoverable information that CDC may use to support its claims is not, and should not be interpreted as, an admission by CDC that the identified individuals actually have personal knowledge of relevant information and may appear as witnesses at trial.

## II.  THE INITIAL DISCLOSURES

A.  Identification of Individuals Likely to Have Discoverable Information

Al Bentley
c/o Wertz McDade Wallace Moot & Brower, APC
945 Fourth Avenue
San Diego, California 92101
619-233-1888

Mr. Bentley has knowledge concerning the relationship between CDC, Midwest and FCE, including communications between these entities, including communications between these entities, in addition to knowledge concerning the formation, terms, funding and termination of the plan.

Carol Pelak
c/o Wertz McDade Wallace Moot & Brower, APC
945 Fourth Avenue
San Diego, California 92101
619-233-1888

Ms. Pelak has knowledge concerning the relationship between CDC, Midwest and FCE, including communications between these entities, in addition to knowledge concerning the formation, terms, funding and termination of the plan.

Ken Hohlbaugh
Midwest Transport, Inc.
205 S. Cross Street
Robinson, Illinois 62454
618-544-3399

/ / /

1  Mr. Hohlbaugh is the president of Midwest and has knowledge of the relationship between
2  CDC, Midwest and FCE, including communications between these entities, in addition to
3  knowledge concerning the formation, terms, funding and termination of the plan.

4  Ed Smith
   Midwest Transport, Inc.
5  205 S. Cross Street
   Robinson, Illinois 62454
6  618-544-3399

7  Mr. Smith is the CFO of Midwest and has knowledge of the relationship between CDC,
8  Midwest and FCE, including communications between these entities, in addition to
9  knowledge concerning the formation, terms, funding and termination of the plan.

10

11 Chris Ulrich
   Midwest Transport, Inc.
   205 S. Cross Street
12 Robinson, Illinois 62454
   618-544-3399
13

14 Ms. Ulrich is the human resources manager of Midwest and has knowledge of the
15 relationship between CDC, Midwest and FCE, including communications between these
16 entities, in addition to knowledge concerning the formation, terms, funding and
17 termination of the plan.

18 John Elmore
   Midwest Transport, Inc.
19 205 S. Cross Street
   Robinson, Illinois 62454
20 618-544-3399

21 Mr. Elmore is responsible for Midwest's legal department and has knowledge of the
22 relationship between CDC, Midwest and FCE, including communications between these
23 entities, in addition to knowledge concerning the formation, terms, funding and
24 termination of the plan.

25 Teresa Goldman
   Midwest Transport, Inc.
26 205 S. Cross Street
   Robinson, Illinois 62454
27 618-544-3399

28 / / /

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

1  Ms. Goldman is responsible for Midwest's payroll department and has knowledge of the
2  relationship between CDC, Midwest and FCE, including communications between these
3  entities, in addition to knowledge concerning the formation, terms, funding and
4  termination of the plan.

5  Marilyn Ward, Esq.
   3615 Capistrano Trail
6  Austin, Texas 78739
   512-282-8253
7

8  Ms. Ward is a co-trustee of the plan and has knowledge of the relationship between CDC,
9  Midwest and FCE, including communications between these entities, in addition to
10 knowledge concerning the formation, terms, funding and termination of the plan.

11 Vivian Lewis, Esq.
   3615 Capistrano Trail
12 Austin, Texas 78739
   512-282-8253
13

14 Ms. Lewis is a co-trustee of the plan and has knowledge of the relationship between CDC,
15 Midwest and FCE, including communications between these entities, in addition to
16 knowledge concerning the formation, terms, funding and termination of the plan.

17 Gary Beckman
   FCE
18 887 Mitten Road
   Burlingame, CA  94010
19

20 Mr. Beckman is the president of FCE and has knowledge of the relationship between CDC,
21 Midwest and FCE, including communications between these entities, in addition to
22 knowledge concerning the formation, terms, funding and termination of the plan.

23 Diane Lapin
   FCE
24 887 Mitten Road
   Burlingame, CA  94010
25

26
   Ms. Lapin is the Vice President of Client Management.  Ms. Lapin has knowledge
27 concerning the formation of the plan.
28

[195340v1/5814-002]                          4                            C 07-4408 (CW)
Califia Development Corp.'s Rule 26(a)(1) Initial Disclosures

Albert Yam
FCE
887 Mitten Road
Burlingame, CA  94010

Mr. Yam is an actuary with FCE and has knowledge of the relationship between CDC, Midwest and FCE, including communications between these entities, in addition to knowledge concerning the formation, terms, funding and termination of the plan.

Lou Kent
FCE
887 Mitten Road
Burlingame, CA  94010

Mr. Kent is FCE's chief actuary and has knowledge of the relationship between CDC, Midwest and FCE, including communications between these entities, in addition to knowledge concerning the formation, terms, funding and termination of the plan.

Weihan Chang
FCE
887 Mitten Road
Burlingame, CA  94010

Mr. Chang is an actuary with FCE and has knowledge of the relationship between CDC, Midwest and FCE, including communications between these entities, in addition to knowledge concerning the formation, terms, funding and termination of the plan.

Frank (Last name unknown)
FCE
887 Mitten Road
Burlingame, CA  94010

Has knowledge concerning the termination of the plan.

### B.  A Description by Category and Location of All Documents, Data Compilations and Tangible Things in Control of CDC That It May Use to Support its Claims and Defenses.

Copies of CDC's documents, data compilations and tangible things are enclosed herewith. CDC reserves the right to produce additional documents at a later date, if necessary. All documents produced by CDC are subject to the Parties' confidentiality agreement.

/ / /

### C. Insurance Agreements

CDC's insurance policy is produced herewith.

### D. Damages

To the extent CDC is found liable to plaintiff for any damages, it seeks indemnification for such damages from FCE. CDC's investigation and discovery are continuing.

Dated: April 8, 2008

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation

By: /s/ John H. Stephens
John H. Stephens
Attorneys for Defendant CALIFIA
DEVELOPMENT CORP. dba CDC
INSURANCE SERVICES