# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Midwest Transport, Inc., | 07-04408 CW MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|    v. | |
| FCE Benefit Administrators, Inc., | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Martin Quinn**
> JAMS
> Two Embarcadero Center, Suite 1500
> San Francisco, CA 94111
> 415-774-2669

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04408 CW MED                          - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 16, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04408 CW MED                  - 2 -