Michael L. Smith     SBN: 160305
Madonna A. Herman    SBN: 230743
MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP
One California St., Ste. #1100
San Francisco, CA 94111
Ph. (415) 217-6990; Fax. (415) 217-6999

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation | CASE NUMBER: 4:07-cv-04408-CW |
| v. Plaintiff(s) | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, et al. Defendant(s) | SUBSTITUTION OF ATTORNEY |

CALFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES    [ ] Plaintiff  [X] Defendant  [ ] Other _____
_Name of Party_

hereby substitutes __Michael L. Smith of Manning & Marder, et al.__ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per    One California St., Ste. #1100
_Street address_

San Francisco, CA 94111    (415) 217-6990    (415) 217-6999    160305
_City, State, Zip Code_    _Telephone Number_    _Facsimile Number_    _State Bar Number_

as attorney of record in the place and stead of __John H. Stephens, Esq. of Wertz, McDade, et al.__
_Present Attorney_

Dated: April 17, 2008    _[signature]_
_Signature of Party_
Al Bentley for CALFIA DEVELOPMENT CORP

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: April 17, 2008    _[signature]_
_Signature of Present Attorney_
JOHN H. STEPHENS, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 25, 2008    _[signature]_
_Signature of New Attorney_
MICHAEL L. SMITH, Esq.

Substitution of Attorney is hereby [ ] Approved.  [ ] Denied.

Dated: April ___, 2008    _____
United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08-02)    G01