Michael L. Smith         SBN: 160305
Madonna A. Herman        SBN: 230743
MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP
One California St., Ste. #1100
San Francisco, CA 94111
Ph. (415) 217-6990; Fax. (415) 217-6999

**FILED**

APR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation | CASE NUMBER: 4:07-cv-04408-CW |
| Plaintiff(s) v. | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

CALFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES   [ ] Plaintiff [X] Defendant [ ] Other
*Name of Party*

hereby substitutes Michael L. Smith of Manning & Marder, et al. who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   One California St., Ste. #1100
*Street Address*

San Francisco, CA 94111   (415) 217-6990   (415) 217-6999   160305
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of John H. Stephens, Esq. of Wertz, McDade, et al.
*Present Attorney*

Dated: April 17, 2008

*Signature of Party*
Al Bentley for CALFIA DEVELOPMENT CORP

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: April 17, 2008

*Signature of Present Attorney*
JOHN H. STEPHENS, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 25, 2008

*Signature of New Attorney*
MICHAEL L. SMITH, Esq.

Substitution of Attorney is hereby [ ] Approved. [ ] Denied.

Dated: April 28, 2008

United States District Judge / ~~Magistrate Judge~~

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)   G01