1  DAVID P. STOEBERL (Mo. Bar No. 46024)
   dps@carmodymacdonald.com
2  CARMODY MacDONALD P.C.
   120 South Central Avenue, Suite 1800
3  St. Louis, Missouri 63105-1705
   Telephone: 314-854-8600
4  Facsimile: 314-854-8660

5  CARTER W. OTT (State Bar No. 221660)
   carter.ott@dlapiper.com
6  DLA PIPER US LLP
   153 Townsend Street, Suite 800
7  San Francisco, California 94107
   Telephone: 415-836-2500
8  Facsimile: 415-836-2501

9  Attorneys for Plaintiff
   MIDWEST TRANSPORT, INC.

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| MIDWEST TRANSPORT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation, <br><br> Defendants. | CASE NO. C 07-4408 (CW) <br><br> **PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO WITHDRAW JULIE L. WATERS AS COUNSEL OF RECORD AND [PROPOSED] ORDER** <br><br> Judge: The Honorable Claudia Wilken <br> Courtroom: 2 |
|---|---|

The undersigned hereby moves this Court to grant Julie L. Waters leave to withdraw as Counsel for Plaintiff, Midwest Transport, Inc. In support of this motion, Counsel states that Julie L. Waters has resigned from Carmody MacDonald P.C., but David P. Stoeberl at Carmody MacDonald will remain as counsel of record for Midwest Transport, Inc.

In light of this resignation, Counsel respectfully requests that this Court grant Julie L. Waters leave to withdraw as Counsel on behalf of Plaintiff Midwest Transport, Inc.

{4644\0007\395715.DOC.}                    - 1 -

DATED: June 5, 2008        CARMODY MacDONALD P.C.


By:   /s/ David P. Stoeberl
      David P. Stoeberl
      Attorneys for Plaintiff
      Midwest Transport, Inc.


## ORDER

This cause has come before the Court on Plaintiff Midwest Transport Inc.'s Motion To Withdraw Julie L. Waters As Attorney of Record.  Julie L. Waters is hereby withdrawn as counsel of record for Plaintiff Midwest Transport, Inc.

DATED:  6/10    , 2008         /s/ Claudia Wilken
                               HONORABLE CLAUDIA WILKEN
                               UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am a resident of the State of Missouri, over the age of eighteen years, and not a party to the within action. My business address is Carmody MacDonald P.C., 120 South Central Avenue, Suite 1800, St. Louis, Missouri 63105. On June 5, 2008, I served the following document:

    PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO
    WITHDRAW JULIE L. WATERS AS COUNSEL OF RECORD AND
    [PROPOSED ORDER]

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at St. Louis, Missouri 63105 addressed as set forth below.

☐ [BY OVERNIGHT DELIVERY] by consigning such copy in a sealed envelope to Cal Overnight, an overnight delivery courier, for next business day delivery to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by serving the document on the Court's CM/ECF e-mail system.

Robert D. Eassa / Paul R. Johnson / Sabrina Ruth Karels
Felice Brown Essa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA  94612
Attorneys for FCE Benefit Administrators, Inc.

John Hamilton Stephens
945 Fourth Avenue
San Diego, CA 92101
Attorney for Califia Development Corporation

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 5, 2008 at St. Louis, Missouri 63105.

                                                     /s/ David P. Stoeberl