DAVID P. STOEBERL (Mo. Bar No. 46024)
dps@carmodymacdonald.com
CARMODY MacDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105-1705
Telephone:  314-854-8600
Facsimile:  314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone:  415-836-2500
Facsimile:  415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>Defendants. | CASE NO.  C 07-4408 (CW)<br><br>**PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO REMAIN ON THE COURT'S ADR PROGRAM AND EXTENSION OF TIME FOR MEDIATION AND [PROPOSED] ORDER**<br><br>Judge:  The Honorable Claudia Wilken<br>Courtroom:  2 |

Plaintiff Midwest Transport, Inc. ("Plaintiff"), by and through its counsel, submits this Motion to Remain on the Court's ADR Program and Extension of Time to Mediate until October 30, 2008.  In support of this Motion, Plaintiff states as follows:

1. On March 25, 2008, the Court referred this matter to the Court's Alternative Dispute Resolution (ADR) Program, which was to be held by August 22, 2008.

{4644\0007\409271.DOC.}                           - 1 -

2. Though the parties originally discussed using a private mediator and informed the Court-appointed mediator that it was going to utilize private mediation, Defendant FCE Benefit Administrators, Inc. has since decided that it wants to utilize the Court's ADR Program.

3. Accordingly, the parties would like to remain on the Court's ADR Program and utilize Mr. Martin Quinn as the parties' mediator.

4. However, the parties require additional time to schedule, prepare and engage in mediation, and therefore request that the deadline for mediation be extended to October 30, 2008.

5. Accordingly, Plaintiff respectfully requests the Court allow this case to remain on the Court's ADR Program and extend the date this case is to be mediated to October 30, 2008.

WHEREFORE, Plaintiff Midwest Transport, Inc., respectfully requests that this Court grant Plaintiff's Motion to Remain on the Court's ADR Program and Extension of Time to Mediate, granting the parties until October 30, 2008 to mediate this case, and grant such other relief as the Court deems just and proper.

DATED:  August 8, 2008          CARMODY MacDONALD P.C.


                                By:   /s/ David P. Stoeberl
                                      David P. Stoeberl
                                      Attorneys for Plaintiff
                                      Midwest Transport, Inc.

### ORDER

This cause has come before the Court on Plaintiff Midwest Transport Inc.'s Motion to Remain on the Court's ADR Program and Extension of Time for Mediation. This matter is hereby reinstated on the Court's ADR Program with Martin Quinn as mediator. The parties are granted until October 30, 2008 to mediate this case.

DATED:  8/12 , 2008             _____
                                HONORABLE CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

{4644\0007\409271.DOC.}   - 2 -

PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO REMAIN ON THE COURT'S ADR PROGRAM
AND EXTENSION OF TIME FOR MEDIATION AND [PROOPOSED] ORDER

**PROOF OF SERVICE**

I am a resident of the State of Missouri, over the age of eighteen years, and not a party to the within action. My business address is Carmody MacDonald P.C., 120 South Central Avenue, Suite 1800, St. Louis, Missouri 63105. On August 8, 2008, I served the following document:

    PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO REMAIN
    ON THE COURT'S ADR PROGRAM AND EXTENSION OF TIME
    FOR MEDIATION

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at St. Louis, Missouri 63105 addressed as set forth below.

☐ [BY OVERNIGHT DELIVERY] by consigning such copy in a sealed envelope to Cal Overnight, an overnight delivery courier, for next business day delivery to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by serving the document on the Court's CM/ECF e-mail system.

Robert D. Eassa / Paul R. Johnson / Sabrina Ruth Karels
Felice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Attorneys for FCE Benefit Administrators, Inc.

John Hamilton Stephens
945 Fourth Avenue
San Diego, CA 92101
Attorney for Califia Development Corporation

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 8, 2008 at St. Louis, Missouri 63105.

                                                   /s/ David P. Stoeberl

{4644\0007\409271.DOC.}  - 3 -

PLAINTIFF MIDWEST TRANSPORT, INC.'S MOTION TO REMAIN ON THE COURT'S ADR PROGRAM
AND EXTENSION OF TIME FOR MEDIATION AND [PROOPOSED] ORDER