DAVID P. STOEBERL (Mo. Bar No. 46024)
dps@carmodymacdonald.com
JULIE L. WATERS (Mo. Bar No. 55314)
juw@carmodymacdonald.com
CARMODY MACDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO  63105
Tel:  314-854-8600
Fax: 314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER LLP (US)
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone:  415-836-2500
Facsimile:  415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation | CASE NO.  4:07-cv-04408 CW<br><br>**PLAINTIFF MIDWEST TRANSPORT, INC.'S NOTICE OF CHANGE OF FIRM NAME** |

**PLEASE TAKE NOTICE** that effective September 3, 2008, DLA Piper US LLP, counsel of record for Plaintiff Midwest Transport, Inc. in the above-referenced case has changed its firm name to DLA Piper LLP (US).  The firm's and its lawyers' office addresses, telephone numbers, facsimile number, and e-mail addresses will remain the same.

Dated:  September 11, 2008            DLA PIPER LLP (US)


By:  /s/ Carter W. Ott
     CARTER W. OTT
     Attorneys for Plaintiff
     MIDWEST TRANSPORT, INC.

-1-
WEST\21513449.1    PLAINTIFF MIDWEST TRANSPORT, INC.'S NOTICE OF CHANGE OF FIRM NAME
CASE NO. 4:07-cv-04408 CW