Michael L. Smith, State Bar No. 160305
Madonna A. Herman, State Bar No. 221747
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:     (415) 217-6990
Facsimile:      (415) 217-6999

Attorneys for Defendant and Cross-Complainant,
CALIFIA DEVELOPMENT CORP.
dba CDC INSURANCE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation, | Case No.: 4:07-cv-04408-CW |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER AS MODIFIED** |
| vs. | |
| FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, | Complaint Filed: August 27, 2007 |
| and | Hon. Claudia Wilken |
| CALIFIA DEVELOPMENT CORP., d/b/a CDC INSURANCE SERVICES, a California Corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTION(s). | |

COME NOW, (1) Plaintiff, MIDWEST TRANSPORT, INC.; (2) Defendant/Cross-Defendant, FCE BENEFIT ADMINISTRATORS, INC.; and (3) Defendant/Cross-Complainant, CALIFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES; and file this Stipulation requesting the Court to enter an Agreed Amended Scheduling Order in this case and as grounds therefore, would show the Court as follows:

1.      At the time the Agreed Scheduling Order was entered, the parties' initial disclosures had not been fully produced.

2.      Since that time the parties have produced voluminous records involving hundreds of health insurance claims, have exchanged and responded to written interrogatories, and following the teleconference with the Court ADR Administrator, at his recommendation have agreed to participate in a Mediation on May 4, 2009 before scheduling party and witness depositions in light of the time, effort, cost and expense in completing depositions discussed in paragraph 3 of this Stipulation and Proposed Order.

3.      Discovery is partially complicated by the fact that parties and material witnesses are located in multiple states including Missouri, Texas, Southern California, Illinois and possibly many others. The parties will need to determine whether local manager's depositions will be necessary to fully evaluate all claims and defenses at issue in this action. Depositions of numerous parties and witnesses are expected and the parties are coordinating with regard to both dates and locations. The nature, scope and complexity of the issues in this case, combined with these widespread locations of percipient parties and witnesses, many thousands of pages of documents and files combined with the significant number of parties and witnesses to be deposed militate towards an extension of the Case Management Order deadlines.

4.      Based on the foregoing, all parties strongly move the court to extend the current deadline set out in the Scheduling Order entered on March 28, 2008. The proposed revisions do not request any extension or revisions to the original pre-trial conference or original trial date. The parties jointly and unanimously move that the attached Proposed Amended Agreed Scheduling Order submitted by all parties be entered by the Court.

5.      This motion is not made for purpose of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon numerous issues including some of which are set out above.

///

///

///

| ITEM | ORIGINAL DATE | REVISED DATE |
|---|---|---|
| Close of Fact Discovery | 03/23/2009 | 07/31/2009 |
| ADR Deadline | 02/16/2009 | 07/31/2009 |
| Disclosure of Experts:<br>    MTI Disclosure<br>    MTI Depositions<br>    CDC/FCE Disclosure<br>    CDC/FCE Depositions | 07/01/2009<br>08/03/2009<br>08/17/2009<br>09/17/2009 | 08/03/2009<br>09/02/2009<br>09/16/2009<br>10/16/2009 |
| Dispositive Motion Hearing | 05/07/2009 | 09/19/2009 |
| Pretrial Conference | 11/24/2009 | Same |
| Trial | 12/07/2009 | Same |

Dated:  March ___, 2009                **MANNING & MARDER KASS, ELLROD, RAMIREZ LLP**

By: _____
    Michael L. Smith
    Madonna A. Herman

Attorneys for Defendant and Cross-Complainant,
CALIFIA DEVELOPMENT CORP.
dba CDC INSURANCE SERVICES

Dated:  March ___, 2009                **CARMODY MACDONALD, P.C.**

By: _____
    David P. Stoerberl

Attorneys for Plaintiff,
MIDWEST TRANSPORT, INC.

Dated:  March ___, 2009                **DLA PIPER US LLP**

By: _____
    Carter W. Ott

Attorneys for Plaintiff,
MIDWEST TRANSPORT, INC.

Dated:  March ___, 2009                **FILICE, BROWN, EASSA & MCLEOD, LLP**

By:     / S / Sabrina Karels

      Robert D. Eassa
      Sabrina Karels

Attorneys for Defendant and Cross-Defendant,
FCE BENEFIT ADMINISTRATORS, INC.

Case 4:07-cv-04408-CW   Document 68   Filed 03/25/09   Page 4 of 5

-4-
C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\StipAmendSchedulingOrder.wpd
STIPULATION AND ORDER AMENDING SCHEDULING ORDER

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants the parties' request for modification of the March 28, 2008 Scheduling Order as follows:

| ITEM | REVISED DATE |
|---|---|
| Close of Fact Discovery | 07/31/2009 |
| ADR Deadline | 07/31/2009 |
| Disclosure of Experts:<br>    MTI Disclosure<br>    CDC/FCE Disclosure | <br>08/03/2009<br>09/16/2009 |
| Deposition of Experts:<br>    MTI Depositions<br>    CDC/FCE Depositions | <br>09/02/2009<br>10/16/2009 |
| Dispositive Motion Hearing  **and FCMC** | **09/10/2009** |
| Pretrial Conference | 11/24/2009 |
| Trial | 12/07/2009 |

IT IS SO ORDERED:

Dated: 3/25/2009

_____
The Honorable Claudia Wilken