UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TRANSPORT, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS INC., <br><br> Defendant(s). | No. C07-4408 CW (BZ) <br><br> **SECOND DISCOVERY ORDER** |

Defendant Califia Development Corporation filed a Motion for Leave To Propound Additional Special Interrogatories. Plaintiff has notified the Court that it does not oppose the motion though it reserves its right to object to the interrogatories. **IT IS THEREFORE ORDERED** that the motion is **GRANTED**, that Califia is **GRANTED** leave to propound the interrogatories attached to its motion and that the ordinary rules governing plaintiff's response shall apply.

The telephone conference scheduled for Friday, August 21, 2009 at 1:30 p.m. is **VACATED.**

While the parties should be commended for resolving this issue, it is not clear why court intervention was sought.  One

1

of the issues the Court intended to raise at the conference was whether the parties has met and conferred prior to the filing of Califia's motion. Henceforth the parties are admonished to strictly comply with the Initial Discovery Order entered on August 17, 2009.

Dated: August 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MIDWEST TRANSPORT V. FCE\DISC2.ORD.wpd