UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TRANSPORT, INC., <br> Plaintiff(s), <br> v. <br> FCE BENEFIT ADMINISTRATORS INC., <br> Defendant(s). | No. C07-4408 CW (BZ) <br><br> **THIRD DISCOVERY ORDER** |

Plaintiff has moved for leave to propound additional interrogatories to defendant FCE Administrators, Inc. The defendant shall set forth its position on this motion in a letter of no more than two pages to be served and filed by **12:00 noon on Monday, August 24, 2009**. A telephonic conference is scheduled for **Wednesday, August 26, 2009 at 1:30 p.m.** to discuss this matter. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MIDWEST TRANSPORT V. FCE\DISC3.ORD.wpd

1