1  Michael L. Smith, State Bar No. 160305
   Jennifer L. Supman, State Bar No. 248302
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:   (415) 217-6990
   Facsimile:   (415) 217-6999
5
   Attorneys for Defendant and Cross-Complainant,
6  CALIFIA DEVELOPMENT CORP.
   dba CDC INSURANCE SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | MIDWEST TRANSPORT, INC., a Delaware      ) Case No.: 4:07-cv-04408-CW
   | Corporation,                             )
13 |                                          )
   |                     Plaintiff,           ) **STIPULATION AND [PROPOSED]**
14 |                                          ) **ORDER AMENDING**
   | vs.                                      ) **SCHEDULING ORDER**
15 |                                          )
   | FCE BENEFIT ADMINISTRATORS, INC., a      )
16 | California Corporation,                  ) Complaint Filed: August 27, 2007
   |                                          ) Hon. Claudia Wilken
17 | and                                      )
   |                                          )
18 | CALIFIA DEVELOPMENT CORP., d/b/a CDC     )
   | INSURANCE SERVICES, a California Corporation, )
19 |                                          )
   |                     Defendants.          )
20 |                                          )
   |                                          )
21 |                                          )
   | AND RELATED CROSS-ACTION(s).             )
22 |                                          )

23

24         COME NOW, (1) Plaintiff, MIDWEST TRANSPORT, INC.; (2) Defendant/Cross-Defendant,

25 FCE BENEFIT ADMINISTRATORS, INC.; and (3) Defendant/Cross-Complainant, CALIFIA

26 DEVELOPMENT CORP. dba CDC INSURANCE SERVICES; and file this Stipulation requesting the

27 Court to enter an Agreed Amended Scheduling Order in this case and as grounds therefore, would show

28 the Court as follows:

-1-
D:\docsdata\mls\00 MLS\Midwest v. FCE\Pleadings\StipAmendSchedOrder8.26.09.wpd

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

1. At the time the Agreed Scheduling Order was entered, the parties' initial disclosures had not been fully produced.

2. Since that time the parties have produced voluminous records involving hundreds of health insurance claims, have exchanged and responded to written interrogatories, and participated in a full day Mediation with court-appointed Mediator, Arthur Siegel on May 4, 2009. Corporate representatives for all parties flew in from multiple states and from southern California and while the case did not resolve, productive post mediation settlement discussions have continued and are ongoing. While all parties continue to negotiate and agree that this is a case that will and should be resolved by way of settlement, the nature of the claims and current settlement position of the parties have led the parties to conclude that depositions and further discovery will be required to clarify the parties' positions on key claims and defenses and continue to move this case towards a position where the existing settlement gap between the parties can be closed and the case resolved.

3. Parties and material witnesses are located in multiple states including Missouri, Texas, Southern California, Illinois and possibly many others. Depositions of numerous parties and witnesses are expected and the parties are coordinating with regard to both dates and locations. The nature, scope and complexity of the issues in this case, combined with these widespread locations of percipient parties and witnesses, many thousands of pages of documents and files combined with the significant number of parties and witnesses to be deposed militate towards a revision of the Case Management Order deadlines.

4. Additionally on June 8, 2009, Plaintiff filed a Second Amended Complaint which materially expanded the nature, scope and extent of claims against Defendants, which will result in a corresponding increase in the scope of Defendants' investigation and discovery into the additional claims and allegations.

5. Having had exchanged and had an opportunity to review all parties' collective production of voluminous files, having prepared for and participated in a full day Mediation with Arthur Siegal and participated in post-Mediation settlement discussions, and having the opportunity to review and analyze the allegations in the Second Amended Complaint, the parties are jointly submitting this Stipulation and Request to revise the existing Scheduling Order for the dual purposes of allowing

the parties time to continue investigation and discovery with an emphasis on key depositions which it is hoped will provide all parties with additional testimony and evidence that will result in a re-evaluation of the respective positions which in turn will allow them to bridge the current gap between demands and offers, and a second purpose of allowing time for all parties to lay out a balanced plan of all investigation, discovery, depositions including expert discovery in a manner that will allow all parties to be prepared for trial by the proposed revised date in the event, the parties' best efforts notwithstanding, the case does not resolve.

6. Based on the foregoing, all parties strongly move the court to extend the current deadlines set out in the Scheduling Order. The parties jointly and unanimously move that the attached Proposed Amended Agreed Scheduling Order submitted by all parties be entered by the Court.

7. This motion is not made for purpose of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon numerous issues including some of which are set out above.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| **Close of Fact Discovery** | 10/29/2009 | 12/31/2009 |
| ADR Deadline | 07/31/2009 | 07/31/2009 |
| Disclosure of Experts:<br>　MTI Disclosure<br>　MTI Depositions<br>　CDC/FCE Disclosure<br>　CDC/FCE Depositions | <br>11/02/2009<br>12/01/2009<br>12/15/2009<br>01/14/2010 | <br>1/11/2010<br>1/29/2010<br>2/12/2010<br>3/12/2010 |
| Dispositive Motion Hearing | 09/19/2009 | 12/10/2009 |
| Pretrial Conference | 11/24/2009 | 04/06/2010 |
| Trial | 12/07/2009 | 04/12/2010 |

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: September 9, 2009 | **MANNING & MARDER KASS, ELLROD, RAMIREZ** LLP |
| 2 | | |
| 3 | | By: /s/ Michael L. Smith |
| 4 | | Michael L. Smith<br>Jennifer L. Supman |
| 5 | | Attorneys for Defendant and Cross-Complainant, |
| 6 | | CALIFIA DEVELOPMENT CORP. dba CDC INSURANCE SERVICES |
| 7 | | |
| 8 | | |
| 9 | Dated: September 9, 2009 | **CARMODY MACDONALD, P.C.** |
| 10 | | |
| 11 | | By: /s/ David P. Stoeberl |
| 12 | | David P. Stoeberl |
| 13 | | Attorneys for Plaintiff, MIDWEST TRANSPORT, INC. |
| 14 | | |
| 15 | Dated: September 9, 2009 | **DLA PIPER US LLP** |
| 16 | | |
| 17 | | By: /s/ Carter W. Ott<br>Carter W. Ott |
| 18 | | Attorneys for Plaintiff, MIDWEST TRANSPORT, INC. |
| 19 | | |
| 20 | | |
| 21 | Dated: September 9, 2009 | **FILICE, BROWN, EASSA & MCLEOD, LLP** |
| 22 | | |
| 23 | | By: /s/ Robert D. Eassa |
| 24 | | Robert D. Eassa<br>Sabrina Karels |
| 25 | | Attorneys for Defendant and Cross-Defendant, FCE BENEFIT ADMINISTRATORS, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

-4-

D:\docsdata\mls\00 MLS\Midwest v. FCE\Pleadings\StipAmendSchedOrder9.9.09.wpd

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court grants the parties' request for modification of the July 30, 2009 Scheduling Order as follows:

| ITEM | REVISED DATE |
|---|---|
| **Close of Fact Discovery** | 12/31/2009 |
| ADR Deadline | 07/31/2009 |
| Disclosure of Experts:<br>     MTI Disclosure<br>     CDC/FCE Disclosure | 1/11/2010<br>2/12/2010 |
| Deposition of Experts:<br>     MTI Depositions<br>     CDC/FCE Depositions | 1/29/2010<br>3/12/2010 |
| Dispositive Motion Hearing | 12/10/2009 |
| Pretrial Conference | 04/06/2010 |
| Trial | 04/12/2010 |

IT IS SO ORDERED:

Dated: __Sept. 14__, 2009



_____
Judge Claudia Wilken