DAVID P. STOEBERL (Mo. Bar No. 46024), Admitted *Pro Hac Vice*
dps@carmodymacdonald.com
Meghan M. Lamping (Mo. Bar No. 59987), Admitted *Pro Hac Vice*
mml@carmodymacdonald.com
CARMODY MacDONALD P.C.
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105-1705
Telephone:  314-854-8600
Facsimile:  314-854-8660

CARTER W. OTT (State Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone:  415-836-2500
Facsimile:  415-836-2501

Attorneys for Plaintiff
MIDWEST TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MIDWEST TRANSPORT, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>FCE BENEFIT ADMINISTRATORS, INC., a California Corporation, and CALIFIA DEVELOPMENT CORP., d/b/a CDC Insurance Services, a California Corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | CASE NO.  4:07-cv-4408 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>Judge:  The Honorable Claudia Wilken<br>Courtroom:  2 |

COMES NOW Plaintiff Midwest Transport, Inc., Defendant FCE Benefit Administrators, Inc., and Defendant Califia Development Corp. d/b/a CDC Insurance Services, through their undersigned counsel, and hereby dismiss all claims, counterclaims and cross-claims by and between

all parties, in the above-referenced cause with prejudice, each party to bear its own costs and attorneys' fees.

DATED: March 23, 2010     CARMODY MacDONALD P.C.

By: /s/ David P. Stoeberl
David P. Stoeberl
Meghan M. Lamping
Attorneys for Plaintiff and Counter-Defendant
Midwest Transport, Inc.

DATED: March 23, 2010     DLA PIPER LLP (US)

By: /s/ Carter W. Ott
Carter W. Ott
Attorneys for Plaintiff and Counter-Defendant
Midwest Transport, Inc.

DATED: March 23, 2010     FILICE, BROWN, EASSA & MCLEOD, LLP

By: /s/ Robert Eassa
Robert D. Eassa
Oliver Dunlap
Attorneys for Defendant, Counter-Plaintiff
and Cross-Defendant FCE Benefit
Administrators, Inc.

DATED: March 23, 2010     BISHOP BARRY DRATH, PC

By: /s/ John Drath
John Drath
Attorneys for Defendant and
Cross-Complainant Califia Development
Corp. d/b/a CDC Insurance Services

I, David P. Stoeberl, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order for Dismissal. In compliance with General Order 45, X.B., I hereby attest that Robert D. Eassa and John Drath have concurred in this filing.

**[PROPOSED] ORDER**

Upon stipulation of the parties, all claims, counterclaims and cross-claims are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: __MARCH 25_____, 2010

_____
The Honorable Claudia Wilken